IN THE UNITED STATES DISTRICT BUILDING
333 CONSTITUTIONAL AVE NW
WASHINGTON D.C. 2001

PRINCE JONES

:

:

v.

DISTRICT OF COLUMBIA

42 U.S.C.S. § 1983

MURIEL BOWSER

CIVIL RIGHTS COMPLAINT

ELBERT GRIFFIN

UNDER ACT OF 1871

DOUGLAS CARLSON

JODI LAZARUS

JAMES WHITEHEAD

JOHN RAMSEY JOHNSON

:

:

:

:

Case: 1:20−cv−02797
Assigned To : Unassigned
Assign. Date : 9/29/2020
Description: Pro Se Gen. Civ. (F-DECK)

JENNIFER ANDERSON
DANYA A. DAYSON

:

DEFENDANTS TO BE SUED
INDIVIDUALLY IN THEIR PERSONAL
CAPACITY BY WAY OF COLOR OF
THEIR OFFICIAL RIGHT

:



RECEIVED
Mail Room

SEP 29 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# I. STATE MENT OF CLAIM

Plaintiff brings forth this civil action Following the Reversal of Conviction In The District of Columbia Court of Appeals United States V. PRINCE JONES 490-929 Appeal Case No.15-CF-322 under **28 U.S.C. 13 46, 42 U.S.C 1983 & 28 U.S.C.1359** against all Defendants in their personal, individual, and official capacity in which to recover payment of the **Cost & Fee's** due to Plaintiff from Defendants **Willful USE** of Plaintiffs Performance & Trust Organization Business Name in Equity From their Misrepresentation of Plaintiffs true nature of person and from their **Appropriation of Plaintiffs Living Body**, and **property Rights** extending from Defendants willful **Breach of Contract** and **Misrepresentation**, and to **recover payment of the Cost, Fee's and damages against Defendants personally** by way of **Actual Compensatory, Prospective, Punitive, Declatory**, and **Injunctive Relief** for Defendants **Deliberate Breach of Contract and Misrepresentation** of Plaintiffs True Nature and Class of American Constitution International and for Acting without proper legal education and training which cause them to Act wantonly and purposefully in concert under one common interest in **Bad Faith under Color of Authority and Custom** without **Probable cause** and **Valid Constitutional Power** and **consent** to act against Plaintiff in a manner that Deprived Plaintiff of his Value, and Right to Fair consideration and compensation, as Plaintiff is a **Free Natural Man, American Constitution Article 4 section 2 Private International, "A People"** In Trust of the State of Maryland, Defendants Actions amounted to a Breach of their Oath of Office **through their Agency** which All Defendants made a clear and conscious **Deliberate Indifference** against plaintiff which clearly Interfered with and Deprived Plaintiff of his **Priceless and valuable liberties In Equity** secured and protected under the American Constitution and Plaintiffs **Personal Laws** and Contract which give rise to Plaintiff to suffer and sustain Intentional Irreparable Emotional Distress and loses in Equity and property value from the Defendants **Willful and Deliberate USE of Plaintiffs Natural Living Body** to Performance for their Benefit, and to USE his **Trust Organization Business Name**, under guise of Misrepresentation where Defendants deprived Plaintiff of **Value Consideration, and Just Compensation for the Cost & Fee's Due** to Plaintiff From Defendants USE of Plaintiffs Performance and Trust Organization Business Name in Breach of Plaintiffs **Admiralty Contract Law for any USE of his Equity & Property**, and for Defendants **Creating a Libel of Assignment** to a De facto **Corporate Person**, and **U.S. citizenship** Known as **PRINCE JONES PDID 490-929 Fiduciary Bond Identification Number (FBI#) 7634RB7** which has **Misrepresented the True Nature** of Plaintiffs **Person, and Appearance,** under Defendants **unauthorized UES of** Plaintiffs Trust Organization Business Name and for Defendants Enforcement of the **Counterfeit Statute known as The District Of Columbia CODE** Which Imitate versions of **UNITED SATTES LAW** and has caused and continue to cause an on-going Defamation to Plaintiffs **True Nature of Person and his Trust Organization Business Name** and reputation in the community by Defendants maintaining the availability to the public a Slanderous record by way of Defendants **libel of assignment** to the **Corporate U.S. citizenship** appearance and attachment to Plaintiff and his Trust Organization Business Name, and for Defendants **Writing Policy CODE** sections which imitate **UNITED STATES LAW**, and by Enforcing the Dictate of their Authority against Plaintiff without consent from Plaintiff or Power under Plaintiffs Individual **10th Amendment American Constitutional Right,** and for Defendants influence of employee's under their **Agencies to create and maintain the availability of a slanderous libel of assignment** to a De facto **Corporate Person Attachment** to Plaintiffs and his Trust Organization **Good Business Name** to the Public under Defendants creation of **Counterfeit Statutes** which Imitate versions

of **UNITED STATES** Law, for a deceitful fraudulent concealed financial purpose to steal Plaintiffs true identity and USE the Equity of his Natural living Body to Perform for their benefit without payment of Cost under defendants local Government Process, in violation of ; **Article 1 section 8 clause 17/, Article 1 section 10, Article 4 clause 1 & section 2, Article 6 clause 3 & Amendment 2, Amendment 1, Amendment 4, Amendment 5, Amendment 8 , Amendment 9, Amendment 10, and Amendment 13 of the American Constitution, and the Trafficking Victims Protection Act of 2000 (1),(5),(8),(10),(12),(22), and the Privacy Act 5 U.S.C. 552 and the Clayton Act, and Plaintiffs Admiralty Contract Law for USE Statute Staple.**

## I. STATEMENT OF CLAIM

Plaintiff brings forth this Civil Rights Complaint under the Act of 1871 pursuant (42 U.S.C.S. § 1983) against all defendants in their Individual & Personal Capacity in which to recover damages against them personally by way of Prospective, Actual, Compensatory, Punitive, Declatory and Injuntive Relief for acting without proper legal education and traning which caused them to act willfully and wantonly in Consert under one common interest and in Bad Faith under Color of their Authority and Custom without Probable Cause and Statutory Power to act against Plaintiff, thus amounting to a Breach of their Oath and Duty to the U.S. Constitution and Laws under the color of their Performance in Office by and through their Agencies, which all acting Defendants made a clear Conscious Delibert Indifference against Plaintiff in a pattern of misconduct which clearly Interfered and Deprived Plaintiff of his Valuable and Priceless Civil Liberties Secured and Protected under the U.S. Constitution and Laws which gave rise to Plaintiff to Suffer and Sustain Intentional Irreparable Emotional Distress and Ongoing Defamation to his Good Name and Reputation in the Community by Defendants creating and maintaining the availability to the Public a Slanderous Criminal Arrest Record by way of Plaintiff being Falsely Arrested and Imprisoned for an Immoral, Decietful and Fraudulent Concealed Financial Purpose by a local Governmental Process. IN VIOLATION OF : ARTICLE 1 § 10 CL 1, ARTICLE 6 CL 3, ARTICLE 6 § 2, ARTICLE 4 § 2 CL 1, AMENDMENT 1, AMENDMENT 4, AMENDMENT 5, AMENDMENT 8, AMENDMENT 9, AMENDMENT 10, AMENDMENT 13, AMENDMENT 14 AND THE TRAFFICKING VICTIMS PROTECTION ACT OF 2000 (1)(5)(8)(10)(12)(22).

## II. DEMAND FOR JURY TRIAL

Pursuant to Amendment 7 to the U.S. Constitution by way of which he seeks a declaratory judgment based on the following issues to be tried, and further seeks Prospective, Declatory, Compensatory, Punitive & Injuntive relief to be awarded to Plaintiff against all Defendants in their Individual Capacity as to be held liable Personally for their unauthorized conduct done in execution under the color and Custom of the Authority of the City Councils Local Government in the performance of their duties.

## A. ISSUES TO BE TRIED BY JURY

1.   Whether or not the D.C. Superior Court is a Court of limited jurisdiction  has Constitutional Judicial Power to imprison wrongful conduct commited outside the borders of the the Court or outside the presence of its judges.

2.   Whether or not if defendants had probable cause to arrest Plaintiff for any alleged wrongful Act commited outside the borders of the D.C. Superior Court.

3.   Whether or not the D.C. Superior Court is restricted expressly by statute with Power solely to hear and determine matters for contempt committed as wrongful conduct within its presence and none other, or for wrongful common law conduct alleged to be a crime committed outside the borders of the Court.

4.   Whether or not D.C. Superior Court Judges can entertain its legal proceedings and imprison Plaintiff without establishing jurisdiction on the record of its proceedings even when challenged or not.

5.   Whether or not if D.C. Superior Court collects any credit, debt, debt exemption, monatary, pecuninary, equity or property thats worth any value by way of the counts declared in the United States Attorneys Complaint of the true bill indictment tended to be collected, sold or regulated for payment or discharge thats associated with Plaintiffs Criminal proceeding; and

   A.   if so, can a defendant pay to end such matter or,

   B.   can such matter be collected regulated and sold while a defendant is imprisoned without notice or disclosure and not amount to a defendant being imprisoned for an unauthorized practice of law and fraud.

6.   Whether or not if defendants were properly trained with legal education to recognize to protect and support the U.S. Constitutional rights of citizens of the United States by way of the Oath they took before becoming or during employment in which to perform their duty under the color of their policy under when they willfully acted under, by and through their agency.

7.   Whether or not if such activity in execution under the color of their Authority and Custom commited by the Defendants give rise to unauthorized Constitutional conduct which amounts to a pattern of misbehavior that has affected and caused intentional damage not only to plaintiff but to all others of the public as a whole in in general in the District of Columbia Washington D.C.

8. Whether or not Plaintiffs Living natural Body has value

9. Whether or not Plaintiff is a Natural Person distinct from a corporation.

10. Whether or not Plaintiff is an American International Foreign State.

11. Whether or not Defendants Created a De facto Corporation U.S. Citizen under libel of assignment to the name PRINCE JONES PDID 490-929 FBI# 7634RB7.

12. Whether or not Defendants recognize PRINCEJONES PDID 490-929 FBI# 7634RB7 as A living natural Person in their Administration of the Public account Cf1018140-2013 United States V. PRINCE JONES PDID490-929.

13 Whether or not Defendants willfully and purposefully Misrepresented Plaintiffs True Nature of person and American political status in their administration of Public account Cf1018140-2013 United States V. PRINCE JONES PDID490-929.

14.Whether or not defendants purposefully bypassed Federal procedure due process Rules under Federal Rule criminal procedures and in their administration of Public account Cf1018140-2013 United States V. PRINCE JONES PDID490-929.

15.Whether or not defendants purposefully attached a political corporate U.S. citizenship by libel of assignment to plaintiff public appearance for the purpose of conferring the Courts statutory Jurisdiction over Plaintiff.

16. Whether or not plaintiff suffered and sustained losses in equity and value to his private property extending form defendants creating and maintaining their political corporate U.S. citizenship by libel of assignment to plaintiff identity.

17. Whether or not defendants gave plaintiff fair value consideration and compensation for their seizing transferring and USE of plaintiff living Natural Body and equity performance.

18.Whether or not defendants issued any Bonds or Negotiable instruments having any value in the name of political corporate U.S. citizenship by libel of assignment PRINCE JONES PDID 490-929 in their administration of Public account CF1018140-2013 United States v. PRINCE JONES PDID 490-929.

19. Whether or not defendants collected any amount of funds or U.S. currency from their seizing, and transferring custody of plaintiffs living Natural Body in their Public administration of United States V. PRINCE JONES CF1018140-2013.

20Whether or not defendants deprived plaintiff of his right to be properly identified and recognized as a living natural Person and an American International sovereign State.

21Whether or not plaintiff was entitled to Immunity under the Foreign Sovereign Immunity Act.

22. Whether or not the D.C. Municipal Corporation Council and Mayor had actual Constitutional Article 1 Legislative Power and authority within the geographical Terri total Federal District of Columbia to edit and enact District of Columbia LAW.

23Whether or not D.C. Superior Courts can exercise Federal Judicial Power and Jurisdiction without and act of Congress statute At Large.

24. Whether or not Plaintiff can Apply his Individual 10th Amendment Constitutional Right of the 10th Amendment to the Mayor and City Council For the District of Columbia Local Government.

25. Whether or NOT The United States True Bill Indictment against Plaintiff was authorized for any amout of Collection under 26 U.S.C 7401

26. Whether or Not the Grand Jury Selecting Process under Rule 6 of Criminal Proceeding was by passed or Violated by Defendants in anyway In the Case NO. CF-1018140-2013.

27. Whether or NOT the Record of Defendants Aministration of The Criminal Case No: CF1018140-2013 UNITED STATES V. PRINCE JONES PDID 490-929 identifies The Nature and Class of Person PRINCE JONES PDID 490-929. is.

28. Whether or NOT Plaintiff was charged and Duly convicted For violating a Federal Statute or for an offense against the UNITED STATES.

29. Whether or NOT DEFENDANTS Re-classification of Plaintiff living Natural Body into a Federal Prisoner caused Plaintiff to suffer an increase of penalty Punishment.

30. Whether or NOT 28 U.S.C. 3002 IS A Def. the Federal United States as a Corporation Incompany, and also Classify all U.S. Citizens as Corporate Citizens.

## III. VENUE AND JURISDICTIONAL STATEMENT

Plaintiff invokes the venue and jurisdiction of this Court under the following authorities:

<u>Dynes v. Hoover</u> 20 How 65 15 L.ed 838 (1858) " Where a Court has no jurisdiction over the Subject Matter it tries and assumes it ... where by the proceedings are rendered Coram non judice that TRESPASS FOR FALSE IMPRISONMENT IS THE PROPER REMEDY, where the liberty of the Citizen has been restrained by process of the court or by the execution of its judgment ..."

in <u>Larson v. Domestic and Foriegn Commerce Corp.</u> 337 U.S. 682 93 L.ed 1628 (1949) declared that, " If an action is such as to create a personal liability whether sounding in tort or in contract, the fact that the defendant, as an officer, is an istrumentality of the sovereign does not forbid a court from takeing jurisdiction over a suit against him since the principle that an agent is liable for his own torts applies even to acts of Public Officers or Public Intrumentalities. "

Whereas in <u>Bauers v. Heisel</u> 361 F.2d 581 (3d Cir 1965) <u>Moore v. Buck</u> 433 F.2d 25 (3d Cir 1971) <u>Cambist Films Inc. v. Dugan</u> 475 F.2d 887 (3d Cir 1973) declared that, " The immunity of a prosecutor, however, is not without limitation, it is not absolute. THE IMMUNITY OF JUDGES, FROM WHICH THE IMMUNITY OF THE PROSECUTORS IS DERIVATIVE, DOES NOT EXTEND TO ACTS WHICH ARE CLEARLY OUTSIDE THEIR JURISDICTION. "

In accordance with the enforcement of the following U.S. Constitutional Amendments:

## AMENDMENT 13

Neirther slavery nor involuntary servitude, except as a punishment for a crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

### section 2

CONGRESS SHALL HAVE POWER TO ENFORCE THIS ARTICLE BY APPROPRIATE LEGISLATION

## AMENDMENT 14

No state shall make or enforce any law which shall abridgew the privileges or immunities of Citizens of the United States: nor shall any state deprive any person of life, liberty or property without due process of law.

### section 5

THE CONGRESS SHALL HAVE THE POWER TO ENFORCE, BY APPROPRIATE LEGISLATION, PROVISIONS OF THIS ARTICLE

And by way of the following statutes:

### 28 U.S.C.S. § 1391
Venue Generally

### CIVIL RIGHTS ACT OF 1871 ( 42 U.S.C.S. § 1983 )
][ CIVIL ACTION FOR DEPRIVATION OF RIGHTS ]

Every person who under color of any statute, ordinance, regulation, custom, or usage, of any state or territory or the district of columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rlghty

rights, priviliges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity or other proper proceeding for redress.

## 42 U.S.C.S. § 1988
Proceedings in Vindication of Civil Rights

(a). The districts Courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person.

(1). To recover damages for injury to his person or property, or because of the deprivation of any right or priviledge of a citizen of the United States, by any act done in furtherance of any conspiracy mentioned in section 1985 of title 42.

(3). To redress the deprivation, under color of any state law, statute, ordinance, regulation, custom or usage, of any right, priviledge or immunity secured by the Constitution of the United States or by any act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States;

## 28 U.S.C.S. § 1331
Federal Question Amount in Controversy; Cost

(a) The district court shall have original jurisdiction of all civil actions wherein the matter in controversy exceeds the sum or value of $10,000 exclusive of interest and costs, and arises under the Constitution, laws or treaties of the United States, except that no such sum or value shall be required in any such action brought against the United States, any agency thereof in his official capacity.

## 28 U.S.C.S. § 1332
### Diversity of Citenship; amount in Controversy; Costs

(a)  The distict Courts shall have original jurisdiction of all civil
actions where the matter in controversy exceeds the sum or value
of $75,000 exclusive of interest and cost and is between (1)(2)(3)

(4)  A foreign state, defined in section 1603(a) of this title (28 USCS
§ 1603(a)) as plaintiff and citizens of a state or of different
state.

## AMENDMENT 7
### Right to jury trial

## 28 U.S.C.S. § 2201

(a)  in a case of actual controversy within its jurisdiction ... any
court of the United States, upon the filing of a n appropiate
pleading, may declare the rights and other legal relations of any
interested party seeking such declaration, whether or not further
releif is or could be sought. Any such declaration shall have the
force  and effect of a final judgment or decree and shall be
reviewable as such.

## F.R.CIV.P. 57

... the existence of another adequate remedy does not preclude a
declaratory judgment that is otherwise appropriate. The Court may
order a speedy hearing of a declatory judgment- action.

## F.R.CIV.P. 8(e)(2)

A party may ... state as many separate claims or defenses as the
party has regardless of consistency and whether based on legal,
equitable, or maritime grounds.

## 28 U.S.C.S. 2202

Further necessary or proper relief based on a declaratory judgment or decree may be granted after reasonable notice and hearing against any adverse party whose rights have been determined by such judgment.

## 28 U.S.C.S.1346
## &
## 5TH AMENDMENT

Just compensation for the Governments Public Use of private Property is a fundamental Right and principal of the United States Federal Government.

IV.  PARTIES

PRINCE JONES # 32455-007
USP ~~PENITENTION~~ Coleman-1
P.O. BOX ~~2000~~ 1033                              PLAINTIFF
~~████████████~~
Coleman, FLORIDA 33521

MURIEL BOWSER
THE WILSON BUILDING ((AGENCY)
1350 PENNSYLVANIA AVE N.W.                         DEFENDANT
WASHINGTON D.C. 20004

ELBERT GRIFFIN
METROPOLITAN POLICE DEPARTMENT (AGENCY)
300 INDIANA AVE N.W.                               DEFENDANT
WASHINGTON D.C. 20001

DOUGLAS CARLSON
METROPOLITAN POLICE DEPARTMENT (AGENCY)
300 INDIANA AVE N.W.                               DEFENDANT
WASHINGTON D.C. 20001

JODI LAZARUS
U.S. ATTORNEY OFFICE ((AGENCY)
555 FOURTH ST N.W.                                 DEFENDANT
WASHINGTON D.C. 20001

JAMES WHITEHEAD
PUBLIC DEFENDER SERVICE (AGENCY)
633 INDIANA AVE, N.W. (AGENCY)                     DEFENDANT
WASHINGTON D.C. 20004

JOHN RAMSEY JOHNSON
D.C. SUPERIOR COURT (AGENCY)
500 INDIANA AVE N.W.                               DEFENDANT
WASHINGTON D.C. 20001

ATTORNEY GENERAL  For District of Columbia   DEFENDANT
400 6th Street N.W.
WASHINGTON D.C. 20001

JENNIFER ANDERSON
D.C. SUPERIOR COURT (AGENCY)
500 INDIANA AVE. N.W.                              DEFENDANT
WASHINGTON D.C. 20001

                                                   DEFENDANT

DANYA A. DAYSON
D.C. Superior Court (AGENCY)
500 INDIANA AVE N.W.                        DEFENDANT
WASHINGTON D.C. 20001

## V. Statement of Facts
### COUNT ONE

**On October 11, 2013** Plaintiff sustained injuries Extending from defendant *__Muriel Bowser__* who is employed by an agency or instrumentality in the **District Of Columbia**, Doing Business in **Washington D.C.** at the **Wilson Building City Hall As Governor** of the District of Columbia, Did represent and Act Willfully, and Wantonly in Execution under Color of Authority and Custom by Acting In Her individual Capacity where defendant Authorized and Created Counterfeit Statutes and Influenced the regulation of Policy and CODE sections under the Enforcement of such **Dictate and Authority** did Influence **All Municipal CORPORATION Council Members** and **Contracted Employees of the District to follow such Authority** under **Her Commands** which caused All Defendants to **Blatantly violate several previsions of the American Constitution** under the **Guise of Constitutional Authority to Legislate** and Enact Policy CODE sections upon Plaintiff in a **Manner that Un-Constitutionally Directs, Control, and Prohibits** Plaintiffs Actions in the District of Columbia without having Actual Constitutional Power and Authority or Consent from Plaintiff to Do Business against or for Plaintiff under Defendants **Municipal CORPPORATION Council Charter** In **Breach of Defendants Oath and Duty to Act in Bad Faith** without **Probable Cause** or **Proper Constitutional Education and Training** to act by such force which made Defendants **Willfully Violate Plaintiffs Constitutional Protected and Secured Guaranteed Right to travel and be Free from Involuntary servitude, and slavery,** which has caused and continue to cause Plaintiff to suffer and sustain **Intentional, Inflection, of Emotional Distress, Humiliation, Embarrassment, Impairment to His Good Name, and Reputation** By way of Defendant Re-classifying Plaintiff into a **Federal Prisoner to Increase the Penalty Punishment from** defendants Re-classification and extradition Plaintiff out of the District of Columbia to be held in Federal Custody as a Federal Prisoner who must serve 85% of their sentence without the Possibility of Parole which Increases the amount of Penalty Punishment Plaintiff would have Normally served, Depriving Plaintiff of the Right to have the Governmental Powers Identified and separated, Plaintiff can Not Apply His Individual 10th Amendment Immunity Right of separation  of Power TO Defendants Municipal Corporation Council Power. Plaintiff has no Constitutional Relationship with Defendant to Do Business against or for Plaintiff By Directing or Prohibiting Plaintiffs Actions In the District under the Guise of Constitutional Power & Authority.

V. <u>STATEMENT OF FACTS</u>

## COUNT I

On October 11, 2013, Plaintiff sustained Injuries extending from
MURIEL BOWSER who is employed by an Agency or Instrumentality in the
District of Columbia, doing business in Washington D.C. at THE WILSON
BUILDING CITY HALL as GOVERNOR of COUNCIL MEMBERS, did represent and
acted willfully and wontonly, in execution under the COLOR OF HIS
AUTHORITY AND CUSTOM by acting in his INDIVIDUAL CAPACITY which he
influenced, made, regulated POLICIES AND CODES in writing and enforced
the dictates of such Authority and did influence ALL COUNCIL MEMBERS
or EMPLOYEES to follow such Authority under his commands including all
Defendants which blantantly violates Several Provisions to the U.S.
Constitution, clearly BREACHING THEIR OATH AND DUTY to ACT IN BAD FAITH
WITHOUT PROBABLE CAUSE to act by such force without proper Education and
Training which willfully and wantonly made them to violate Plaintiff's
Constitutional  protected, secured and gauranteed right to Travel and be
free from Slavery and Involuntary Servitude, which caused and continues
to cause Plaintiff to suffer and sustain INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS, HUMILATION, EMBARRASSMENT, IMPAIRMENT TO HIS GOOD
NAME AND REPUTATION by way of a created slanderous Criminal Arrest record
made available at all times to the Public and community under the guise
of innocent and exempt conduct when committed for purposes of fraudulent
financial gain.

COUNT 1

## DECLARTORY JUDMENT OF U.S. CONSTITUTIONAL VIOLATIONS
## DECLARED AGAINST MURIEL BOWSER

The Jury hereby declares that, On October 11, 2013, Plaintiff following Constitutional rights was violated by **MURIEL BOWSER** causing plaintiff to sustain Intentional Infliction of Emotional Distress, Humilation, Embarrassment, Impairment to his Good Name and Reputation acting in his Individual Capacity under the Color of his Authority by influencing and enforcing the dictates of Policy and D.C. Codes for all Defendants or employees to follow which not only blatantly violates the U.S. Constitution as breaching their Oath and Duty and acting in bad faith but clearly violates the following Protected Constitutional rights of Plaintiff:

ARTICLE I § 10
ARTICLE VI cl 2 .............. FOR IMPAIRING THE OBLIGATION OF HIS
ARTICLE VI cl 3 .............. OF HIS CONTRACT BY WAY OF BREACHING
HIS OATH OF OFFICE AS A DUTY TO
SUPPORT THE U.S. CONSTITUTION AND
LAWS AS BEING THE SUPREME LAW OF THE
LAND SECURING THE GUARANTEED PROTECTED
RIGHTS TO PLAINTIFF FROM GOVERNMENTAL
INTERFERENCE.

AMENDMENT 1 .............. RIGHT TO ASSEMBLE PEACEABLY ASSOCIATE
AND PRACTICE HIS RELIGION IN HIS
COMMUNITY, AND NOT HAVE HIS NAME AND
REPUTATION SLANDERED AND DEFAMED AS
BEING LABELED OR IDENTIFIED AS A
CRIMINAL WITH A RECORD MAINTAINED TO
BE AVAILABLE TO BE SPOKEN IN THE
SPEECH AS A MEANS TO SPEAD TO OTHERS.

ARTICLE IV § 2
AMENDMENT XIV .............. FOR DENYING THE PLAINTIFF HIS
ENTITLEMENT TO ALL PRIVILEDGES AND
IMMUNITIES.

18 U.S.C.S. § 241
18 U.S.C.S. § 242 .............. CONPIRE TO DEPRIVE PLAINTIFF'S RIGHTS
BY DEPRIVATION UNDER COLOR.

AMENDMENT IX
AMENDMENT XIII .............. DENIED RIGHT TO TRAVEL AND TO BE FREE
FROM SLAVERY AND INVOLUNTARY SERVITUDE.

## STATEMENT OF FACTS
### COUNT TWO

On October 11, 2013 through June 11, 2018 Plaintiff sustained injuries and losses in Equity extending from ; Jodi Lazarus, Jennifer Anderson, James Whitehead, John Ramsey Johnson & Danya Dayson ,Who are employed by an Agency or Instrumentality in the District of Columbia doing Business in Washington D.C. at the District Of Columbia Superior Court as administrators of the Public account Cf-1018140-2013 UNITED STATES V. PRINCE JONES PDID 490-929, did represent and acted wantonly, in execution under the Color of their Authority and custom by Acting in their Individual Capacity which they willfully Misrepresented the True Nature social status of Plaintiff and entered into a Private admiralty contract agreement to do Business with plaintiff & His Private Trust Organization for the sole purpose of generating and collecting public Funds for their benefit By their unauthorized USE of Plaintiffs Equity and performance. Defendants willfully USED Plaintiffs Private Property and Performance Unauthorized and without consent under threat and force of bodily harm without giving Plaintiff any Value and consideration or compensation for their USE. Defendants created and attached to Plaintiffs Person the appearance of a U.S. Corporate citizenship under Label of assignment Diversity Known as PRINCE JONES PDID 490-929 for the sole purpose of conferring the D.C. Superior courts statutory Jurisdiction over Plaintiff and his exempt Property without show proof of Authority under Due Process of Federal Rules Criminal Procedure (3,) (4,)( 5,)( 6,)( 7,)( 8,)( 9,) and(10) which has Appropriated Plaintiffs Private Right to Property and security in Equity. Defendants Deprived Plaintiff of his Value Consideration and Just Compensation for the Cost , and Fees due to Plaintiff for their willful Public USE of Plaintiffs Property and Performance. Defendants Collected and unjustly enriched them selves from the joint USE of Plaintiffs Property and Performance in Equity Interest, By Collecting shares from the Transferred Negotiable Instruments and contracts associated with their administration of the Public Account CF-1018140-2013 UNITED STATES V. PRINCE JONES PDID 490-929. Where Plaintiffs True Identity and Nature of Person is absent form the face of the record in the, Public Account CF-1018140-2013 UNITED STATES V. PRINCE JONES PDID 490-929. Plaintiff has filed several NOTICES with defendants to Correct their mistake and to amend the Pleading in their Administration of Public Account CF-1018140-2013 UNITED STATES V. PRINCE JONES PDID 490-929 filed with the Clerk of Court For D.C. Superior Court seeking fair Value consideration and just compensation pursuant to 28 U.S.C. 1346 and the 5th Amendment with Due process and correction of identity from defendants Public USE of Plaintiffs Property and Performance in Equity and to Close and settle their Administration of Public Account CF-1018140-2013 UNITED STATES V. PRINCE JONES PDID 490-929. Defendants refused to STOP their USE and Close and settle the Public Account CF-1018140-2013 UNITED STATES V. PRINCE JONES PDID 490-929, which has Blatantly violated several Provisions to the American Constitution and anti-trust Laws and clearly Breaches their Oath of Office and Duty to act in Bad faith without Probable Cause which has caused and continues to cause plaintiff to suffer and sustain Losses in Equity and to suffer INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, HUMILATION, EMBARRASSMENT, IMPAIRMENT TO PRIVATE CONTRACT OBLIGATIONS AND HIS GOOD NAME AND REPUTION BY WAY OF defendants creating and attaching a Defacto Corporate U.S. citizenship libel of assignment false identity to plaintiffs person made available at  all times to the Public and Community under guise of innocent and exempt conduct.

COUNT II

On October 11, 2013, **ELBERT GRIFFIN** was and is employed by an agency or Instrumentality in the District of Columbia, doing business in Washington D.C. at the Metro Politain Police Department, did represent and did act willfully and wantonly in execution under the color of Authority, in course of his employemnt, caused him to be moved by force without proper legal education and training in Bad Faith, in Breach of his Oath and Duty, to act outside the scopes and limits of his authority, in which he personally in his Individual Capacity violated Plaintiff Protected, Secured  and Gauranteed U.S. Constitutional Civil Liberties, which delibertly interfered and invaded among other rights, Plaintiff right to Travel and to be Free from Slavery and Involuntary Servitude, when said Defendant, by the lack of Proper legal education and training used violent physical force under the beleif and reason of the dictates of policy, removed and ejected plaintiff out of his vehicle at gun point, in which plaintiff in fear of his life was guided by such influence of the belief of policy being violated and was intimidated and threatened by such force and taken, arrested, held under duress in handcuffs and was placed in said defendant's vehicle, where defendant did willfully restrained all of Plaintiff's Civil Liberties, Guaranteed to him by the U.S. Constitution, which has cuased and continues to cause plaintiff to sustain Intentional Infliction of Emotional Distress, Humilation, Embarrassment, Impairment to his Good Name and reputation by a Criminal Conviction resulting from defendant's conduct, which was and continues to be spoken in the speech and made available to all the public at large, producing discrimnatory influeance upon plaintiff charater as to be looked at as a person of no honor, encouraging others to deal with plaintiff with causion by way of Defendant's conduct which was clearly committed against plaintiff by force of the dictates of policy by being

employed under said agency willfully disabled plaintiffs cell phone for the purpose of GPS tracking the location of Plaintiffs private location without probable cause of authority issued by a warrant, where Elbert Griffin used Plaintiff private vessel-Body and Trust Business Name in the public for his benefit where such Public use by defendant who collected equity interest from the use of Plaintiffs performance from the Public use of plaintiffs private property without giving plaintiff fair value consideration or payment of the Cost, Fees, and Penalties for the Public use of plaintiffs private property and Equity pursuant to plaintiffs private contract for use and in accordance with 28 U.S.C. 1346 and the American Constitution 5th Amendment.

COUNT
COUNT TWO

DECLARTORY JUDGMENT OF U.S. CONSTUTIONAL VIOLATIONS DECLARED
AGAINST Elbert Griffin

On October 11, 2013 **Elbert Griffin** who was and is employed by the D.C. Superior Court an Agency or Instrumentality doing business in Washington D.C., did Act willfully and wantonly and recklessly, but personally in her Individual Capacity Outside the Scope and limits under the Color of her Authority without Probable Cause to Imprison Plaintiff either by the Constitution or by United States Statute, did Violate Plaintiffs following Federal Constitutional Rights:

18 U.S.C.S. 241.................................................FOR CONSPIRING TO DEPRIVE
18 U.S.C.S. 242.................................................PLAINTIFF RIGHTS BY DEPRIVATION
.................................................UNDER COLOR

Article 1 section 8 clause 17...........................FOR ACTING WITHOUT PROPER LEGAL
EDUCATION AND TRAINING IN THEIR
LEGISLATING OF D.C.CODE POLICY
WITHOUT GEOGRAPHICAL
JURISDICTION WITHIN THE FEDERAL
TERRITORIAL LIMITS OF THE DISTRICT

Article 1 section 10.................................FOR IMPARING THE OBLIGATION OF
Article 4 clause 2....................................PLAINTIFF'S CONTRACT BY WAY OF
Article 4 clause 3....................................BREACHING OATH OF OFFICE AS A
.................................DUTY TO SUPPORT THE U.S.
.................................CONSTITUTION AND LAWS AS BEING
.................................THE SUPREME LAW OF THE LAND
.................................SECURING THE GUARANTEED
.................................PROTECTED RIGHTS TO PLAINTIFF
.................................FROM GOVERNMENT INTERFERENCE

Amendment 1.................................RIGHT TO ASSEMBLE PEACEABLY AND
.................................ASSOCIATION AND PRACTICE HIS
.................................RELIGION IN HIS COMMUNITY AND
.................................NOT HAVE HIS GOOD NAME AND
.................................REPUTATION SLANDERED AND
.................................DEFAMED AS BEING LIBLED OR
.................................IDENTIFIED AS A CRIMMINAL WITH A
.................................RECORD MAINTAINED TO BE

..................................................AVAILABLE TO BE SPOKEN IN THE
..................................................SPEECH OF OTHERS AS A MEANS TO
..................................................SPREAD TO ALL OTHERS

Amendment 4..................................................FALSELY ARRESTED AND DETAINED
..................................................WITHOUT PROBABLE CAUSE
..................................................AND FOR GPS TRACKING AND
..................................................DISABLAING PLAINTIFF'S PRIVATE
..................................................CELL PHONE TO LOCATE PLAINTIFF'S

Amendment 5..................................................PRIVATE UNKNON LOCATION
..................................................FOR TAKING PLAINTIFF PRIVATE

Article 4 section 1..................................................PROPERTY FOR PUBLIC USE WITHOUT
..................................................JUST COMPENSATION

Amendment 8..................................................FOR ACTING IN CONCERT WITH OTHER
..................................................LAW ENFORCEMENT AGENCIES AND

Trafficking Victims..................................................EMPLOYEES IN AID AND ASSISTING
Protection Act Of 2000..................................................EXECUTING AND ENFORCING THE
(1)(5)(8)(10)(12)(22)..................................................DETAINMEMT OF PLAINTIFF TO BE
..................................................HELD TO LIVE IN CRUEL AND
..................................................UNUSUAL CONDITIONS OF SLAVERY
..................................................FOR PURPOSES OF LEGAL PROCESS
..................................................WITHOUT AUTHORITY OF LAW

Amendment 9..................................................FOR DEPRIVING PLAINTIFF OF HIS
Amendment 10..................................................INHERENT UNALIENABLE RIGHTS TO
..................................................TRAVEL, EMPLOYMENT, CONTRACT,
..................................................MARRIAGE, AND TO PROCREATE.
..................................................FOR DENYING PLAINTIFF RIGHT TO
..................................................TRANSFER POWER AND AUTHORITY TO
..................................................A STATE GOVERNMENT OR TO THE
..................................................UNITED STATES GOVERNMENT RIGHTS
..................................................NOT TRANSFERRED OR SURRENDERED
..................................................TO THE D.C. MUNICIPAL CORPORATION
..................................................COUNCIL AND MAYOR WITHIN THE

Amendment 13..................................................FOR DENYING PLAINTIFF RIGHT TO
..................................................TRIVAL AND BE FREE FROM SLAVERY
..................................................AND INVOLUNTARY SERVITUDE.

employed under said agency

## COUNT II

### DECLARTORY JUDGMENT OF U.S. CONSTITUTIONAL VIOLATIONS
### DECLARED AGAINST ELBERT GRIFFIN

On October 11, 2013, **ELBERT GRIFFIN** was and is employed by the Metropolitan Police Department and Agency or Instrumentality doing business in Washington D.C., did act willfully and wantonly, but personally in his Individual Capacity Outside the scopes and limits under the color of his authority without proper legal education and training under the course of his employment by and through the force and dictate of policy and did violate plaintiff following U.S. Constitutional rights:

18 U.S.C.S. § 241 . . . . . . . . . . . . . . . . FOR CONSPIRING TO DEPRIVE PLAINTIFF
18 U.S.C.S. § 242 . . . . . . . . . . . . . . . . RIGHTS BY DEPRIVATION UNDER COLOR

ARTICLE I § 10 . . . . . . . . . . . . . . . . FOR IMPAIRING THE OBLIGATION OF HIS
ARTICLE VI cl 2 . . . . . . . . . . . . . . . . CONTRACT BY WAY OF BREACHING HIS OATH
ARTICLE VI cl 3 . . . . . . . . . . . . . . . . OF OFFICE AS A DUTY TO SUPPORT THE
U.S. CONSTITUTION AND LAWS AS BEING THE
THE SUPREME LAW OF THE LAND SECURING
THE GUARANTEED PROTECTED RIGHTS TO
FROM GOVERNMENTAL INTERFERENCE.

AMENDMENT 1 . . . . . . . . . . . . . . . . RIGHT TO ASSEMBLE PEACEABLY ASSOCIATE
AND PRICTICE HIS RELIGION IN HIS
COMMUNITY, AND NOT HAVE HIS NAME AND
REPUTATION SLANDERED AND DEFAMED AS
BEING LABLED OR IDENTIFIED AS A
CRIMINAL WITH A RECORD MAINTAINED TO
BE AVAILABLE TO BE SPOKEN IN THE
SPEECH AS A MEANS TO SPEAD TO OTHERS.

AMENDMENT 4 . . . . . . . . . . . . . . . . FALSLY ARRESTED AND DETAINED

ARTICLE IV § 2 . . . . . . . . . . . . . . . . FOR DENYING THE PLAINTIFF HIS
AMENDMENT XIV . . . . . . . . . . . . . . . . ENTITLEMENT TO ALL PRIVILEDGES AND
IMMUNITIES.

AMENDMENT IX . . . . . . . . . . . . . . . . DENIED RIGHT TO TRAVEL AND TO BE FREE
AMENDMENT XIII . . . . . . . . . . . . . . . . FROM SLAVERY AND INVOLUNTARY SERVITUDE.

COUNT III

On October 11, 2013, **DOUGLAS CARLSON** who was and is employed by an Agency or Instrumentality in the District of Columbia, doing business in Washington D.C. at the Metropolitan Police Department, did represent and acted willfully,   and wantonly, In Execution, Under the Color of such Authority and policy, causing him to be moved by force, Personally in his Individual Capacity, without proper legal training or education, in breach of his Oath and Duty, to act outside the scope and limits of his authority under his employment, by acting in Concert under one common interest with **ELBERT GRIFFIN**, in which Douglas Carlson willfully drafted and constructed false and misleading charges for a Public dispute or matter of no concern involving defendant personally as can amount to any interest or injury as to obtain standing to draft or enforce any charges against Plaintiff for either the defendants or for the United States, and by such act amounting to defendant to have **NO PROBABLE CAUSE TO ARREST PLAINTIFF**, they did proceeded to conciously book and fingerprint and charge Plaintiff under the Classification of an offense that no Court of Washington D.C. could hear, determine or enforce because clearly committed outside the eye and presence of any Judge and by way of a common law act commited which if anything is exempt and innocent when initially alleged to be done in its commission. Thus, such Unconstitutional Conduct without Probable Cause, has caused and continues to cause Plaintiff to suffer and sustain **INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, HUMILATION, EMBARRASSMENT, IMPAIRMENT TO HIS GOOD NAME AND REPUTATION** which amounted to him being falsely arrested, causing Plaintiff to be deprived of his Protected and Gaureenteed and Secured U.S. Constitutional Right  to Travel and to be free from Slavery and Involuntary Servitude, by way of Defendants creating and enforcing a slanderous Criminal Arrest

Record and Conviction, made available at all times to the Public and community under the guise of innocent and exempt conduct when committed for purposes of fraudulent financial gain by the collection of false and misleading nature of the charges secretly concealed and never disclosed. **Douglas Carson** employed under said agency willfully disabled plaintiffs cell phone for the purpose of GPS tracking the location of Plaintiffs private location without probable cause oℛ authority issued by a warrant, with **Elbert Griffin** who used Plaintiff private vessel-Body and Trust Business Name in the public for his benefit where such Public use by defendant who collected equity interest from the use of Plaintiffs performance from the Public use of plaintiffs private property without giving plaintiff fair value consideration or payment of the Cost, Fees, and Penalties for the Public use of plaintiffs private property and Equity pursuant to plaintiffs private contract for use and in accordance with 28 U.S.C. 1346 and the American Constitution 5th Amendment.

## COUNT
## COUNT THREE

## DECLARTORY JUDGMENT OF U.S. CONSTUTIONAL VIOLATIONS DECLARED AGAINST Douglas Carson

On October 11, 2013 **Douglas Carson** who was and is employed by the D.C. Superior Court an Agency or Instrumentality doing business in Washington D.C., did Act willfully and wantonly and recklessly, but personally in her Individual Capacity Outside the Scope and limits under the Color of her Authority without Probable Cause to Imprison Plaintiff either by the Constitution or by United States Statute, did Violate Plaintiffs following Federal Constitutional Rights:

18 U.S.C.S. 241..........................................FOR CONSPIRING TO DEPRIVE
18 U.S.C.S. 242..........................................PLAINTIFF RIGHTS BY DEPRIVATION
..........................................UNDER COLOR

Article 1 section 8 clause 17............................FOR ACTING WITHOUT PROPER LEGAL
EDUCATION AND TRAINING IN THEIR
LEGISLATING OF D.C.CODE POLICY
WITHOUT GEOGRAPHICAL
JURISDICTION WITHIN THE FEDERAL
TERRITORIAL LIMITS OF THE DISTRICT

Article 1 section 10....................................FOR IMPARING THE OBLIGATION OF
Article 4 clause 2.......................................PLAINTIFF'S CONTRACT BY WAY OF
Article 4 clause 3.......................................BREACHING OATH OF OFFICE AS A
..........................................DUTY TO SUPPORT THE U.S.
..........................................CONSTITUTION AND LAWS AS BEING
..........................................THE SUPREME LAW OF THE LAND
..........................................SECURING THE GUARANTEED
..........................................PROTECTED RIGHTS TO PLAINTIFF
..........................................FROM GOVERNMENT INTERFERENCE

Amendment 1..........................................RIGHT TO ASSEMBLE PEACEABLY AND
..........................................ASSOCIATION AND PRACTICE HIS
..........................................RELIGION IN HIS COMMUNITY AND
..........................................NOT HAVE HIS GOOD NAME AND
..........................................REPUTATION SLANDERED AND
..........................................DEFAMED AS BEING LIBLED OR
..........................................IDENTIFIED AS A CRIMMINAL WITH A
..........................................RECORD MAINTAINED TO BE

......................................AVAILABLE TO BE SPOKEN IN THE
...................................SPEECH OF OTHERS AS A MEANS TO
......................................SPREAD TO ALL OTHERS

Amendment 4.......................................FALSELY ARRESTED AND DETAINED
..................................WITHOUT PROBABLE CAUSE
...................................AND FOR GPS TRACKING AND
......................................DISABLAING PLAINTIFF'S PRIVATE
......................................CELL PHONE TO LOCATE PLAINTIFF'S
...................................PRIVATE UNKNON LOCATION
Amendment 5......................................FOR TAKING PLAINTIFF PRIVATE
..................................PROPERTY FOR PUBLIC USE WITHOUT
Article 4 section 1.......................................JUST COMPENSATION


Amendment 8......................................FOR ACTING IN CONCERT WITH OTHER
......................................LAW ENFORCEMENT AGENCIES AND
......................................EMPLOYEES IN AID AND ASSISTING
Trafficking Victims....................................EXECUTING AND ENFORCING THE
Protection Act Of 2000............................DETAINMEMT OF PLAINTIFF TO BE
(1)(5)(8)(10)(12)(22)...............................HELD TO LIVE IN CRUEL AND
......................................UNUSUAL CONDITIONS OF SLAVERY
......................................FOR PURPOSES OF LEGAL PROCESS
......................................WITHOUT AUTHORITY OF LAW

Amendment 9......................................FOR DEPRIVING PLAINTIFF OF HIS
Amendment 10......................................INHERENT UNALIENABLE RIGHTS TO
......................................TRAVEL, EMPLOYMENT, CONTRACT,
......................................MARRIAGE, AND TO PROCREATE.
......................................FOR DENYING PLAINTIFF RIGHT TO
......................................TRANSFER POWER AND AUTHORITY TO
......................................A STATE GOVERNMENT OR TO THE
......................................UNITED STATES GOVERNMENT RIGHTS
......................................NOT TRANSFERRED OR SURRENDERED
......................................TO THE D.C. MUNICIPAL CORPORATION
......................................COUNCIL AND MAYOR WITHIN THE

Amendment 13......................................FOR DENYING PLAINTIFF RIGHT TO
......................................TRIVAL AND BE FREE FROM SLAVERY
......................................AND INVOLUNTARY SERVITUDE.

COUNT III

## DECLARTORY JUDGMENT OF U.S. CONSTITUTIONAL VIOLATIONS
## DECLARED AGAINST DOUGLAS CARLSON

On October 11, 2013, **DOUGLAS CARLSON** who was and is employed by the Metropolitan Police Department an Agency or Instrumentality doing business in Washington D.C., did act willfully and wantonly, but personally in his Individual Capacity Outside the scopes and limits under the color of his authority without proper legal education and training under the course of his employment by and through the force and dictate of policy and did violate plaintiff following U.S. Constitutional rights:

18 U.S.C.S. § 241..................FOR CONSPIRING TO DEPRIVE PLAINTIFF
18 U.S.C.S. § 242..................RIGHTS BY DEPRIVATION UNDER COLOR.

ARTICLE I § 10..................FOR IMPAIRING THE OBLIGATION OF HIS
ARTICLE VI §§2..................CONTRACT BY WAY OF BREACHING HIS OATH
ARTICLE VI § 3..................OF OFFICE AS A DUTY TO SUPPORT THE U.S.
CONSTITUTION AND LAWS AS BEING THE
SUPREME LAW OF THE LAND SECURING THE
GUARANTEED PROTECTED RIGHTS TO FROM
GOVERNMENTAL INTERFERENCE.

AMENDMENT 1..................RIGHT TO ASSEMBLE PEACEABLY ASSOCIATE
AND PRACTICE HIS RELIGION IN HIS
COMMUNITY, AND NOT HAVE HIS NAME AND
REPUTATION SLANDERED AND DEFAMED AS
BEING LABLED OR IDENTIFIED AS A CRIMINAL
WITH A RECORD MAINTAINED TO BE AVAILABLE
TO BE SPOKEN IN THE SPEECH AS A MEANS TO
SPREAD TO OTHERS.

AMENDMENT 4..................FALSELY ARRESTED AND DETAINED WITHOUT
PROBABLE CAUSE.

ARTICLE IV § 2..................FOR DENYING THE PLAINTIFF HIS ENTITLEMENT
AMENDMENT XIV..................TO ALL PRIVILEDGES AND IMMUNITIES.

COUNT IV

On October 21, 2013 and On October 24, 2015 JODI LAZARUS who is employed by an agency or instrumentality in the District in the District of Columbia at the U.S. Attorney Office, did represent and acted willfully and wantonly in execution, under the Color of such authority and Custom which caused her to be moved by forced in her individual capacity, **in BAD FAITH in BREACH OF HER OATH** and **DUTY** to the U.S. Constitution, by acting in concert with JOHN RAMSEY JOHNSON and JENNIFER ANDERSON in which she appeared and proceeded with the aforesaid in their presence and enforced a Indictment charging Plaintiff for conduct committed outside the presence of the territory boundries of the DC Superior Courthouse without probable cause, where there is no STATUTORY POWER to hear and determine such cause. Furthermore, Plaintiff challenged such authority of the Court which it failed to establish on any of the record of its proceedings, which did and continues to cause Plaintiff to be deprived of his secured and gauranteed rights protected by the U.S. Constitution, by being placed in prison, where plaintiff sustained INTENTIONAL EMOTIONAL DISTRESS, by being being forced to live in cruel and unusual conditions equivelent to slavery, causing him further HUMILIATION, EMBARRASSMENT, IMPAIRMENT TO HIS GOOD NAME AND REPUTATION, amounting to him being falsely arrested, his Protected and secured U.S. Constitutional rights to travel and to be free from slavery and involuntary servitude invaded by way of Defendants creating and enforcing a slanderous Criminal Arrest Record and Conviction, made available at all times to the Public and community under the guise of innocent and exempt conduct when committed for purposes of fraudulent financial gain by the collection of false and misleading nature of the charges secretly concealed and never disclosed.

# COUNT
# COUNT FOUR

## DECLARTORY JUDGMENT OF U.S. CONSTUTIONAL VIOLATIONS DECLARED AGAINST Jodi Lazarus

On January 29, 2014 and on JUNE 29, 2018 **Jodi Lazarus** who was and is employed by the D.C. Superior Court an Agency or Instrumentality doing business in Washington D.C., did Act willfully and wantonly and recklessly, but personally in her Individual Capacity Outside the Scope and limits under the Color of her Authority without Probable Cause to Imprison Plaintiff either by the Constitution or by United States Statute, did Violate Plaintiffs following Federal Constitutional Rights:

18 U.S.C.S. 241...........................................FOR CONSPIRING TO DEPRIVE
18 U.S.C.S. 242...........................................PLAINTIFF RIGHTS BY DEPRIVATION
...........................................UNDER COLOR

Article 1 section 8 clause 17...........................FOR ACTING WITHOUT PROPER LEGAL
EDUCATION AND TRAINING IN THEIR
LEGISLATING OF D.C.CODE POLICY
WITHOUT GEOGRAPHICAL
JURISDICTION WITHIN THE FEDERAL
TERRITORIAL LIMITS OF THE DISTRICT

Article 1 section 10...................................FOR IMPARING THE OBLIGATION OF
Article 4 clause 2.......................................PLAINTIFF'S CONTRACT BY WAY OF
Article 4 clause 3.......................................BREACHING OATH OF OFFICE AS A
...........................................DUTY TO SUPPORT THE U.S.
...........................................CONSTITUTION AND LAWS AS BEING
...........................................THE SUPREME LAW OF THE LAND
...........................................SECURING THE GUARANTEED
...........................................PROTECTED RIGHTS TO PLAINTIFF
...........................................FROM GOVERNMENT INTERFERENCE

Amendment 1...........................................RIGHT TO ASSEMBLE PEACEABLY AND
...........................................ASSOCIATION AND PRACTICE HIS
...........................................RELIGION IN HIS COMMUNITY AND
...........................................NOT HAVE HIS GOOD NAME AND
...........................................REPUTATION SLANDERED AND
...........................................DEFAMED AS BEING LIBLED OR
...........................................IDENTIFIED AS A CRIMMINAL WITH A

............................................RECORD MAINTAINED TO BE
............................................AVAILABLE TO BE SPOKEN IN THE
............................................SPEECH OF OTHERS AS A MEANS TO
............................................SPREAD TO ALL OTHERS

Amendment 4............................................FALSELY ARRESTED AND DETAINED
Amendment 5............................................WITHOUT PROBABLE CAUSE
............................................FOR TAKING PLAINTIFF PRIVATE
Article 4 section 1............................................PROPERTY FOR PUBLIC USE WITHOUT
............................................JUST COMPENSATION

Amendment 8............................................FOR ACTING IN CONCERT WITH OTHER
............................................LAW ENFORCEMENT AGENCIES AND
Trafficking Victims............................................EMPLOYEES IN AID AND ASSISTING
Protection Act Of 2000............................................EXECUTING AND ENFORCING THE
(1)(5)(8)(10)(12)(22)............................................DETAINMEMT OF PLAINTIFF TO BE
............................................HELD TO LIVE IN CRUEL AND
............................................UNUSUAL CONDITIONS OF SLAVERY
............................................FOR PURPOSES OF LEGAL PROCESS
............................................WITHOUT AUTHORITY OF LAW

Amendment 9............................................FOR DEPRIVING PLAINTIFF OF HIS
Amendment 10............................................INHERENT UNALIENABLE RIGHTS TO
............................................TRAVEL, EMPLOYMENT, CONTRACT,
............................................MARRIAGE, AND TO PROCREATE.
............................................FOR DENYING PLAINTIFF RIGHT TO
............................................TRANSFER POWER AND AUTHORITY TO
............................................A STATE GOVERNMENT OR TO THE
............................................UNITED STATES GOVERNMENT RIGHTS
............................................NOT TRANSFERRED OR SURRENDERED
............................................TO THE D.C. MUNICIPAL CORPORATION
............................................COUNCIL AND MAYOR WITHIN THE

Amendment 13............................................FOR DENYING PLAINTIFF RIGHT TO
............................................TRIVAL AND BE FREE FROM SLAVERY
............................................AND INVOLUNTARY SERVITUDE.

COUNT IV

DECLARTORY JUDGMENT OF U.S. CONSTITUTIONAL VIOLATIONS
DECLARED AGAINST JODI LAZARUS

On October 21, 2013 and On October 24, 2015 JODI LAZARUS who was and is employed by the U.S. Attorney Office an Agency or Instrumentality doing business in Washington D.C., did act willfully and wantonly, but personally in her Individual Capacity Outside the scopes and limits under the color of her authority without probable cause did violate Plaintiff Following U.S. Constitutional Rights:

18 U.S.C.S. § 241 . . . . . . . . . . . . . . . . . .FOR CONSPIRING TO DEPRIVE PLAINTIFF
18 U.S.C.S. § 242 . . . . . . . . . . . . . . . . .RIGHTS BY DEPRIVATION UNDER COLOR.
ARTICLE I § 10 . . . . . . . . . . . . . . . . . . .
ARTICLE VI § 2 . . . . . . . . . . . . . . . . . .FOR IMPAIRING THE OBLICATION OF HER
ARTICLE VI § 3 . . . . . . . . . . . . . . . . . .CONTRACT BY WAY OF BREACHING HER OATH
                                                OF OFFICE AS A DUTY TO SUPPORT THE U.S.
                                                CONSTITUTION AND LAWS AS BEING THE
                                                SUPREME LAW OF THE LAND WHICH SECURES
                                                GAURANTEED PROTECTED RIGHTS TO PLAINTIFF
                                                FROM GOVERNMENTAL INTERFERENCE.
AMENDMENT 1 . . . . . . . . . . . . . . . . . .RIGHT TO ASSEMBLE PEACEABLY ASSOCIATE
                                                AND PRACTICE HIS RELIGION IN HIS
                                                COMMUNITY, AND NOT HAVE HIS NAME AND
                                                REPUTATION SLANDERED AND DEFAMED AS
                                                BEING LABLED OR IDENTIFIED AS A CRIMINAL
                                                WITH A RECORD MAINTAINED TO BE AVAILABLE
                                                TO BE SPOKEN IN THE SPEECH OAS A MEANS
                                                TO SPREAD TO OTHERS.
AMENDMENT 4 . . . . . . . . . . . . . . . . . .FALSELY ARRESTED AND DETAINED WITHOUT
                                                PROBABLE CAUSE.
ARTICLE IV § 2 . . . . . . . . . . . . . . . . .
AMENDMENT XIV . . . . . . . . . . . . . . . .FOR DENYING THE PLAINTIFF HIS ENTITLEMENT
                                                TO ALL PRIVILEDGES AND IMMUNITIES.
AMENDMENT IX . . . . . . . . . . . . . . . . .
AMENDMENT XIII . . . . . . . . . . . . . . . .DENIED AND DEPRIVED THE RIGHT TO TRAVEL
TRAFFICKING VICTIMS . . . . . . . . . . . .AND TO BE FREE FROM SLAVERY AND
PROTECTION ACAT OF 2000 . . . . . . . . .INVOLUNTARY SERVITUDE.
(1)(5)(8)(10)(12)(22)

## COUNT V

On October 21, 2013 and on October 24, 2014 JAMES WHITEHEAD who was and is employed by and agency or instumentality in the District of Columbia, doing business at the Public Defender Service, did represent and act willfully and wantonly, in Execution under the Color of such Authority of the Public Defender Service in his Official capacity outside the scope and limits of his authority, individually and personally and practiced law unauthorized under his representation for plaintiff which amounted to Plaintiff being Imprisoned for Fraud without proper defenses, where secret, concealed and undisclosed illegal, unlawful and Unconstitutional collections of monetary debt exemptions and a lost to his property was taken without just compensation and without notice or any hearing to defend such, which amounted plaintiff to sustain and in which he continues to sustain intentional infliction of emotional distress humiliation, embarrassment and impairment to his good name and reputation by years of imprisonment without probable cause, in exchange for such concealed secret equity, undisclosed equitable transactions for JAMES WHITEHEAD and other defendants personal and Commercial financial unjust enrichment gain.

COUNT V

DECLARTORY JUDGMENT OF U.S. CONSTITUTIONAL VIOLATIONS
DECLARED AGAINST JAMES WHITEHEAD

On October 21, 2013 and On October 24, 2014 JAMES WHITEHEAD who was and is employed by the U.S. Public Defender Service an Agency or Instrumentality doing business in Washington D.C., did willfully and wantonlly, but personally in hid Individual Capacity outside the scopes and limits under the color of his authority without probable cause did violate Plaintiff following U.S. Constitutional rights :

18 U.S.C.S § 241....................FOR CONSPIRING TO DEPRIVE PLAINTIFF
18 U.S.C.S. § 242...................RIGHTS BY DEPRIVATION UNDER COLOR.
ARTICLE I § 10.....................FOR IMPAIRING THE OBLIGATION OF HIS
ARTICLE VI § 2.....................CONTRACT BY WAY OF BREACHING HIS OATH
ARTICLE VI § 3.....................OF OFFICE AS A DUTY TO SUPPORT THE U.S.
                                   CONSTITUTION AND LAWS AS BEING THE
                                   SUPREME LAW OF THE LAND WHICH SECURES
                                   GAURANTEED PROTECTED RIGHTS TO PLAINTIFF
                                   FROM GOVERNMENTAL INTERFERENCE.

AMENDMENT 1........................RIGHT TO ASSEMBLE PEACEABLY ASSOCIATE
                                   AND   PRACTICE HIS RELIGION IN HIS
                                   COMMUNITY, AND NOT HAVE HIS NAME AND
                                   REPUTATION SLANDERED AND DEFAMED AS
                                   BEING LABLED OR IDENTIFIED AS A CRIMINAL
                                   WITH A RECORD MAINTAINED TO BE AVAILABLE
                                   AND TO BE SPOKEN IN THE SPEECH AS A MEANS
                                   TO SPREAD TO OTHERS.

AMENDMENT 4........................FALSELY ARRESTED AND DETAINED WITHOUT
                                   PROBABLE CAUSE.
ARTICLE IV § 2.....................FOR DENYING THE PLAINTIFF HIS ENTITLEMENT
AMENDMENT XIV......................TO ALL PRIVILEDGES AND IMMUNITIES.

AMENDMENT IX.......................DENIED AND DEPRIVED THE RIGHT TO TRAVEL
AMENDMENT XIII.....................AND TO BE FREE FROM SLAVERY AND
TRAFFICKING VICTIMS................INVOLUNTARY SERVITUDE.
PROTECTION ACT OF 2000
(1)(5)(8)(10)(12)(22)

## COUNT VI

On October 21, 2013, JOHN RAMSEY JOHNSON who was and is employed by and entity or instrumentality, doing business in Washington D.C., as a Magisterial Judge in the D.C. Superior Court did represent, willfully and wantonly in Execution, under the color of such Authority and Custom, and caused him to be moved by force in Bad Faith, in his individual capacity, in Breach of his Oath and Duty to the U.S. Constitution, and to act outside the scope and limits of his statutory Power. Where JOHN RAMSEY JOHNSON willfully provided aid and assistance to JENNIFER ANDERSON and JODI LAZARUS and enforced several violations of various counts by Indictment deceitfully constructed and attached to a exempt innocent act of a Public Greivance, without any relief or amount of any form of Controversy requested to be heared or   decided as to be granted to any party to it's action. And with out any statutory Power and by plaintiff challenging such to establish, JOHN RAMSEY JOHNSON still recklessly proceeded with other agencies and defendants under one common interest without authority over the subjectmatter and the parties and interfered and invaded all the valueable Constitutional Protections secured under the U.S. Constitution, including his right to be free from slavery and involuntary servitude and detained plaintiff for such matter, where said parties had no standing whatsoever, which clearly amounted plaintiff to be deprived of all his U.S. Constitutional rights under the the Color of all authority and caused Plaintiff to suffer and in which he continues to suffer and sustain extreme emotional distress, impairment and intentional humilation, embarrassment to his good name and reputation, by way of plaintiff being arrested and detained and all defendants creating a slanderous Criminal Arrest record made and available at all times to the Public and community under the guise of innocent and exempt conduct when committed as declared in defendants decietful and defective true bill for purposes of fraudulent financial gain.

COUNT
COUNT SIX

DECLARTORY JUDGMENT OF U.S. CONSTUTIONAL VIOLATIONS DECLARED
AGAINST John Ramsey Johnson

On October 11, 2013 and on October 21 2013 **John Ramsey Johnson** who was and is employed
by the D.C. Superior Court an Agency or Instrumentality doing business in Washington D.C.,
did Act willfully and wantonly and recklessly, but personally in her Individual Capacity Outside
the Scope and limits under the Color of her Authority without Probable Cause to Imprison
Plaintiff either by the Constitution or by United States Statute, did Violate Plaintiffs following
Federal Constitutional Rights:

18 U.S.C.S. 241...........................................FOR CONSPIRING TO DEPRIVE
18 U.S.C.S. 242...........................................PLAINTIFF RIGHTS BY DEPRIVATION
....................................................UNDER COLOR


Article 1 section 8 clause 17...........................FOR ACTING WITHOUT PROPER LEGAL
EDUCATION AND TRAINING IN THEIR
LEGISLATING OF D.C.CODE POLICY
WITHOUT GEOGRAPHICAL
JURISDICTION WITHIN THE FEDERAL
TERRITORIAL LIMITS OF THE DISTRICT

Article 1 section 10....................................FOR IMPARING THE OBLIGATION OF
Article 4 clause 2.......................................PLAINTIFF'S CONTRACT BY WAY OF
Article 4 clause 3.......................................BREACHING OATH OF OFFICE AS A
....................................................DUTY TO SUPPORT THE U.S.
....................................................CONSTITUTION AND LAWS AS BEING
....................................................THE SUPREME LAW OF THE LAND
....................................................SECURING THE GUARANTEED
....................................................PROTECTED RIGHTS TO PLAINTIFF
....................................................FROM GOVERNMENT INTERFERENCE

Amendment 1...........................................RIGHT TO ASSEMBLE PEACEABLY AND
....................................................ASSOCIATION AND PRACTICE HIS
....................................................RELIGION IN HIS COMMUNITY AND
....................................................NOT HAVE HIS GOOD NAME AND
....................................................REPUTATION SLANDERED AND
....................................................DEFAMED AS BEING LIBLED OR
....................................................IDENTIFIED AS A CRIMMINAL WITH A

................................................RECORD MAINTAINED TO BE
................................................AVAILABLE TO BE SPOKEN IN THE
................................................SPEECH OF OTHERS AS A MEANS TO
................................................SPREAD TO ALL OTHERS
Amendment 4................................................FALSELY ARRESTED AND DETAINED
Amendment 5................................................WITHOUT PROBABLE CAUSE
................................................FOR TAKING PLAINTIFF PRIVATE
Article 4 section 1................................................PROPERTY FOR PUBLIC USE WITHOUT
................................................JUST COMPENSATION


Amendment 8................................................FOR ACTING IN CONCERT WITH OTHER
................................................LAW ENFORCEMENT AGENCIES AND
................................................EMPLOYEES IN AID AND ASSISTING
Trafficking Victims................................................EXECUTING AND ENFORCING THE
Protection Act Of 2000................................................DETAINMEMT OF PLAINTIFF TO BE
(1)(5)(8)(10)(12)(22)................................................HELD TO LIVE IN CRUEL AND
................................................UNUSUAL CONDITIONS OF SLAVERY
................................................FOR PURPOSES OF LEGAL PROCESS
................................................WITHOUT AUTHORITY OF LAW

Amendment 9................................................FOR DEPRIVING PLAINTIFF OF HIS
Amendment 10................................................INHERENT UNALIENABLE RIGHTS TO
................................................TRAVEL, EMPLOYMENT, CONTRACT,
................................................MARRIAGE, AND TO PROCREATE.
................................................FOR DENYING PLAINTIFF RIGHT TO
................................................TRANSFER POWER AND AUTHORITY TO
................................................A STATE GOVERNMENT OR TO THE
................................................UNITED STATES GOVERNMENT RIGHTS
................................................NOT TRANSFERRED OR SURRENDERED
................................................TO THE D.C. MUNICIPAL CORPORATION
................................................COUNCIL AND MAYOR WITHIN THE

Amendment 13................................................FOR DENYING PLAINTIFF RIGHT TO
................................................TRIVAL AND BE FREE FROM SLAVERY
................................................AND INVOLUNTARY SERVITUDE.

## COUNT VI

### DECLARTORY JUDGMENT OF U.S. CONSTITUTIONAL VIOLATIONS
### DECLARED AGAINST JOHN RAMSEY JOHNSON

On October 21, 2013, **JOHN RAMSEY JOHNSON** who was and is employed by the D.C. Superior Court an Agency or Instrumentality doing business in Washington D.C., did Act willfully and wantonly and recklessly, but personally in his Individual Capacity Outside the scope and limits under the color of his authority without no probable cause to Imprison Plaintiff either by the Constitution or by Statute, did violate plaintiff following U.S. Constitutional rights:

18 USCS § 241.................
18 U.S.C.S. § 242...............FOR CONSPIRING TO DEPRIVE PLAINTIFF RIGHTS BY DEPRIVATION UNDER COLOR.

ARTICLE I § 10.................
ARTICLE VI cl 2................FOR IMPAIRING THE OBLIGATION OF HIS
ARTICLE VI cl 3................CONTRACT BY WAY OF BREACHING HIS OATH OF OFFICE AS A DUTY TO SUPPORT THE U.S. CONSTITUTION AND LAWS AS BEING THE SUPREME LAW OF THE LAND SECURING THE GAURANTEED PROTECTED RIGHTS TO PLAINTIFF FROM GOVERNMENTAL INTERFERENCE.

AMENDMENT 1...................RIGHT TO ASSEMBLE PEACEABLY ASSOCIATE AND PRACTICE HIS RELIGION IN HIS COMMUNITY, AND NOT HAVE HIS NAME AND REPUTATION SLANDERED AND DEFAMED AS BEING LABLED OR IDENTIFIED AS A CRIMINAL WITH A RECORD MAINTAINED TO BE AVAILABLE TO BE SPOKEN IN THE SPEECH AS A MEANS TO SPREAD TO OTHERS.

AMENDMENT 4...................FALSELY ARRESTED ANDDETAINED WITHOUT PROBABLE CAUSE.

AMENDMENT 5...................
ARTICLE IV SEC I..............TAKING PLAINTIFF PRIVATE PROPERTY FOR PUBLIC USE WITHOUT JUST COMPENSATION.

AMENDMENT 9...................
AMENDMENT 10..................FOR DEPRIVING PLAINTIFF OF HIS UNDELEGATED INHERENT UNALIENABLE RIGHTS TO TRAVEL, EMPLOYMENT, CONTRACT, MARRIAGE AND TO PROCREATE.

AMENDMENT 8...................
AMENDMENT 13..................FOR ACTING IN CONCERT WITH OTHER LAW
AMENDMENT 14..................ENFORCEMENT AGENCIES AND EMPLOYEES IN AID
TAFFICKING VICTIMS............AND ASSISTING AND EXECUTING ENFORCING THE
PROTECTION ACT OF 2000........DETAIMENT AND IMPRISONMENT OF PLAINTIFF TO
(1)(5)(8)(10)(12)(22).........BE HELD AND TO LIVE AND CONTINUE TO LIVE IN CRUEL AND UNUSUAL CONDITIONS OF SLAVERY FOR PURPOSES OF LEGAL PROCESS WITHOUT AUTHORITY OF LAW.

## STATEMENT OF FACTS
### COUNT VII

On January 29, 2014 **Jenneifer Anderson** who was employed by and entity or instrumentality, doing business in Washington D.C. as a Judge in the D.C. Superior Court did represent, willfully and wantonly in Execution, under the color of such Authority and Custom, and did cause her to be moved by force in Bad faith, in her individual capacity, in Breach of her oath and duty to the U.S. Constitution, and to act outside of the scope and limits of her Statutory Power. Where Jennifer Anderson willfully provided aid and assistance to **Jodi Lazarus** and **John R. Johnson** to enforce several Violations of various Constitutional Due Process Rights and Federal Rules in the counts by indictment deceitfully constructed and attached to a exempt innocent act of a Public Grievance, without and relief or amount of any form of controversy requested to be heard or decided as to be granted to any party to it's action. And without any Statutory Power and by Plaintiff challenging such to establish, **the Geographical Legislative Authority of the D.C. Municipal Corporation Council within the Federal Territorial District Of Columbia and the Jurisdiction of the D.C. Superior Court to in force the D.C. CODE POLICY in the Federal District where no Constitutional Authority or POWER exist** for the Dictate of the D.C. Councils enactments, **Jennifer Anderson** still recklessly proceeded with other agencies and defendants under one common interest without authority over the subject-matter or the Parties and interfered and invaded all the valuable Constitutional Protractions secured under the U.S. Constitution, including Plaintiffs Right to be Free from slavery and involuntary servitude and detained plaintiff for such matter, where said parties had no standing whatsoever, which clearly amounted Plaintiff to be deprived of all his U.S. Constitutional Rights under the Color of all authority and caused Plaintiff to suffer and sustain and in which he continues to **suffer and sustain Extreme Emotional Distress, Impairment and Intentional Humiliation, and Embarrassment to his Good name and reputation, by way of Plaintiff being arrested and detained and all defendants creating a slanderous Criminal arrest record made available at all times to the Public and Community under the Guise of innocent and exempt conduct when committed** as declared in defendants deceitful uncertified and defective True Bill Indictment For Purposes of Fraudulent Financial gain

# COUNT
## COUNT SEVEN

## DECLARTORY JUDGMENT OF U.S. CONSTUTIONAL VIOLATIONS DECLARED AGAINST Jennifer S. Anderson.

On January 29, 2014 **Jennifer S. Anderson** who was and is employed by the D.C. Superior Court an Agency or Instrumentality doing business in Washington D.C., did Act willfully and wantonly and recklessly, but personally in her Individual Capacity Outside the Scope and limits under the Color of her Authority without Probable Cause to Imprison Plaintiff either by the Constitution or by United States Statute, did Violate Plaintiffs following Federal Constitutional Rights:

18 U.S.C.S. 241...........................................FOR CONSPIRING TO DEPRIVE
18 U.S.C.S. 242...........................................PLAINTIFF RIGHTS BY DEPRIVATION
.........................................UNDER COLOR

Article 1 section 8 clause 17...........................FOR ACTING WITHOUT PROPER LEGAL
EDUCATION AND TRAINING IN THEIR
LEGISLATING OF D.C.CODE POLICY
WITHOUT GEOGRAPHICAL
JURISDICTION WITHIN THE FEDERAL
TERRITORIAL LIMITS OF THE DISTRICT

Article 1 section 10....................................FOR IMPARING THE OBLIGATION OF
Article 4 clause 2......................................PLAINTIFF'S CONTRACT BY WAY OF
Article 4 clause 3......................................BREACHING OATH OF OFFICE AS A
.........................................DUTY TO SUPPORT THE U.S.
.........................................CONSTITUTION AND LAWS AS BEING
.........................................THE SUPREME LAW OF THE LAND
.........................................SECURING THE GUARANTEED
.........................................PROTECTED RIGHTS TO PLAINTIFF
.........................................FROM GOVERNMENT INTERFERENCE

Amendment 1...........................................RIGHT TO ASSEMBLE PEACEABLY AND
.........................................ASSOCIATION AND PRACTICE HIS
.........................................RELIGION IN HIS COMMUNITY AND
.........................................NOT HAVE HIS GOOD NAME AND
.........................................REPUTATION SLANDERED AND
.........................................DEFAMED AS BEING LIBLED OR
.........................................IDENTIFIED AS A CRIMMINAL WITH A

.....................................RECORD MAINTAINED TO BE
.....................................AVAILABLE TO BE SPOKEN IN THE
.....................................SPEECH OF OTHERS AS A MEANS TO
.....................................SPREAD TO ALL OTHERS

Amendment 4.............................FALSELY ARRESTED AND DETAINED
.....................................WITHOUT PROBABLE CAUSE
.....................................AND FOR GPS TRACKING AND
.....................................DISABLAING PLAINTIFF'S PRIVATE
.....................................CELL PHONE TO LOCATE PLAINTIFF'S

Amendment 5.............................PRIVATE UNKNON LOCATION
.....................................FOR TAKING PLAINTIFF PRIVATE

Article 4 section 1.............................PROPERTY FOR PUBLIC USE WITHOUT
.....................................JUST COMPENSATION


Amendment 8.............................FOR ACTING IN CONCERT WITH OTHER
.....................................LAW ENFORCEMENT AGENCIES AND

Trafficking Victims.............................EMPLOYEES IN AID AND ASSISTING
Protection Act Of 2000.............................EXECUTING AND ENFORCING THE
(1)(5)(8)(10)(12)(22).............................DETAINMEMT OF PLAINTIFF TO BE
.....................................HELD TO LIVE IN CRUEL AND
.....................................UNUSUAL CONDITIONS OF SLAVERY
.....................................FOR PURPOSES OF LEGAL PROCESS
.....................................WITHOUT AUTHORITY OF LAW

Amendment 9.............................
Amendment 10.............................FOR DEPRIVING PLAINTIFF OF HIS
.....................................INHERENT UNALIENABLE RIGHTS TO
.....................................TRAVEL, EMPLOYMENT, CONTRACT,
.....................................MARRIAGE, AND TO PROCREATE.
.....................................FOR DENYING PLAINTIFF RIGHT TO
.....................................TRANSFER POWER AND AUTHORITY TO
.....................................A STATE GOVERNMENT OR TO THE
.....................................UNITED STATES GOVERNMENT RIGHTS
.....................................NOT TRANSFERRED OR SURRENDERED
.....................................TO THE D.C. MUNICIPAL CORPORATION
.....................................COUNCIL AND MAYOR WITHIN THE

Amendment 13.............................FOR DENYING PLAINTIFF RIGHT TO
.....................................TRIVAL AND BE FREE FROM SLAVERY
.....................................AND INVOLUNTARY SERVITUDE.

COUNT
COUNT EIGHT

DECLARTORY JUDGMENT OF U.S. CONSTUTIONAL VIOLATIONS DECLARED
AGAINST Danya A. Dayson

On June 11, 2018 **Danya A. Dayson** who was and is employed by the D.C. Superior Court an Agency or Instrumentality doing business in Washington D.C., did Act willfully and wantonly and recklessly, but personally in her Individual Capacity Outside the Scope and limits under the Color of her Authority without Probable Cause to Imprison Plaintiff either by the Constitution or by United States Statute, did Violate Plaintiffs following Federal Constitutional Rights:

18 U.S.C.S. 241...........................................................FOR CONSPIRING TO DEPRIVE
18 U.S.C.S. 242...........................................................PLAINTIFF RIGHTS BY DEPRIVATION
........................................................UNDER COLOR

Article 1 section 8 clause 17............................FOR ACTING WITHOUT PROPER LEGAL
EDUCATION AND TRAINING IN THEIR
LEGISLATING OF D.C.CODE POLICY
WITHOUT GEOGRAPHICAL
JURISDICTION WITHIN THE FEDERAL
TERRITORIAL LIMITS OF THE DISTRICT
Article 1 section 10....................................FOR IMPARING THE OBLIGATION OF
Article 4 clause 2....................................PLAINTIFF'S CONTRACT BY WAY OF
Article 4 clause 3....................................BREACHING OATH OF OFFICE AS A
....................................DUTY TO SUPPORT THE U.S.
....................................CONSTITUTION AND LAWS AS BEING
....................................THE SUPREME LAW OF THE LAND
....................................SECURING THE GUARANTEED
....................................PROTECTED RIGHTS TO PLAINTIFF
....................................FROM GOVERNMENT INTERFERENCE
Amendment 1....................................RIGHT TO ASSEMBLE PEACEABLY AND
....................................ASSOCIATION AND PRACTICE HIS
....................................RELIGION IN HIS COMMUNITY AND
....................................NOT HAVE HIS GOOD NAME AND
....................................REPUTATION SLANDERED AND
....................................DEFAMED AS BEING LIBLED OR
....................................IDENTIFIED AS A CRIMMINAL WITH A
....................................RECORD MAINTAINED TO BE

..............................................AVAILABLE TO BE SPOKEN IN THE
..............................................SPEECH OF OTHERS AS A MEANS TO
..............................................SPREAD TO ALL OTHERS

Amendment 4..............................................FALSELY ARRESTED AND DETAINED
..............................................WITHOUT PROBABLE CAUSE
..............................................AND FOR GPS TRACKING AND
..............................................DISABLING PLAINTIFF'S PRIVATE
..............................................CELL PHONE TO LOCATE PLAINTIFF'S
Amendment 5..............................................PRIVATE UNKNON LOCATION
..............................................FOR TAKING PLAINTIFF PRIVATE
Article 4 section 1..............................................PROPERTY FOR PUBLIC USE WITHOUT
..............................................JUST COMPENSATION


Amendment 8..............................................FOR ACTING IN CONCERT WITH OTHER
..............................................LAW ENFORCEMENT AGENCIES AND
Trafficking Victims..............................................EMPLOYEES IN AID AND ASSISTING
Protection Act Of 2000..............................................EXECUTING AND ENFORCING THE
(1)(5)(8)(10)(12)(22)..............................................DETAINMEMT OF PLAINTIFF TO BE
..............................................HELD TO LIVE IN CRUEL AND
..............................................UNUSUAL CONDITIONS OF SLAVERY
..............................................FOR PURPOSES OF LEGAL PROCESS
..............................................WITHOUT AUTHORITY OF LAW

Amendment 9..............................................FOR DEPRIVING PLAINTIFF OF HIS
Amendment 10..............................................INHERENT UNALIENABLE RIGHTS TO
..............................................TRAVEL, EMPLOYMENT, CONTRACT,
..............................................MARRIAGE, AND TO PROCREATE.
..............................................FOR DENYING PLAINTIFF RIGHT TO
..............................................TRANSFER POWER AND AUTHORITY TO
..............................................A STATE GOVERNMENT OR TO THE
..............................................UNITED STATES GOVERNMENT RIGHTS
..............................................NOT TRANSFERRED OR SURRENDERED
..............................................TO THE D.C. MUNICIPAL CORPORATION
..............................................COUNCIL AND MAYOR WITHIN THE

Amendment 13..............................................FOR DENYING PLAINTIFF RIGHT TO
..............................................TRIVAL AND BE FREE FROM SLAVERY
..............................................AND INVOLUNTARY SERVITUDE.

STATEMENT OF CLAIM FOR RELIEF


Pursuant to F.R.CIV.P.8(e)(2)& 28 U.S.C § 2202 and based on any Declaratory Judgement, Plantiff seeks Further relief as to be awarded Prospective Compensatory, Punitive and Injunitve relief for Actual Damages that Plantiff has sustained and continues to sustain against all Defendants personally for their unconstitutional conduct that was committed in theiir Individual Capacity done in execution, outside the scope and limits of their authority under color of the District of Columbia City Councils Policy Known as a D.C. code section and custom which invaded plaintiff valuable and priceless-rights, secured and gauranteed to plaintiff under the protection of the U.S. Constitution.



 (a)ACTUAL DAMAGES PLAINTIFF HAS SUSTAINED AND CONTINUES TO SUSTAIN THE UNCONSTITUTIONAL CONDUCT COMMITTED BY ALL DEFENDANTS.

1)Plaintiff continues to be left without choice but to accept to suffer FRUSTRATION FROM SEX DEPRIVATION in which he can not make physical contact with any female as to the enjoyment of having sex or either to PROCREATE as upon his wishes to a make a family.


2)Plaintiff continues to be left without choice, but to accept to suffer from not being able to go to his place of worship,

in which by such discontinuance he stopped practicing and believing in god.

3) Plaintiff continues to sustain loss of home, car and employment which left plaintiff unable to pay for a lawyer for proper representation and unable to continue to support his family for purposes of education, bills allowance etc.

4) Plaintiff is left with no other choice but to suffer the ongoing continuation of his name and reputation being slandered and defamed by defendants maintaining criminal documentation available to all the public causing Plaintiff embarrassment, humiation and to be looked at as a person not to be honored and to deal with him with caution.

5) Plaintiff continues to be left without choice, but to accept to deal with the pain and frustration of not being able to see, show love and affection, guide and direct his love ones everyday, which left his family to function in a broken unhealthy family setting without the needed balanced support for his children as from both father and mother.

6) Such separation by deprivation has caused and led plaintiff and his fiance to argue several times in telephone conversations which has caused such relationship to become broken and lost, resulting in a loss of child by miscarriage, and Plaintiff to recieve no letters, visits and no one to call, and no financial support in which he is unable to purchase cosmetics in which to properly groom himself.

## MENTAL & PHYSICAL PAIN & SUFFERING
## UNDER UNCONSTITUTIONAL CONDITIONS

PLAINTIFF HAD
NO OTHER CHOICE BUT TO LIVE IN STRESSFUL AND OPPRESSIVE CONDITIONS IN FEAR
BY INTIMIDATION OF THE WARDEN AND EMPLOYEES WHO USED THREATENING FORCE
BY;

(1). LOCKING HIM INTO A CELL THE SIZE OF A BATHROOM OCCUPIED BY TWO
VICTIMS, WHERE HE IS MADE TO LIVE AND SLEEP

(2). WHERE HE IS DENIED AND IS PHYSICALLY UNABLE TO LEAVE BECAUSE OF
BARRICADED LOCKS AND STEEL DOORS WITH THE WARDEN EMPLOYEES GUARDING
SUCH

(3). LEAVING HIM WITH NO OTHER CHOICE BUT TO ACCEPT TO BE ISOLATED FROM
COMMUNITY, FAMILY AND FRIENDS WITHOUT ASSISTANCE OR OTHER SOURCES
OF SUPPORT; AND

(4). LEAVING HIM WITH NO OTHER CHOICE BUT TO CONFORM TO THE WARDER RULES
UNDER THREAT, WHICH PREVENTS HIM FROM

(5). IRONING AND WEARING HIS OWN CLOTHES

(6). COOKING, PREPARING AND EATING HIS OWN FOOD

(7). TAKING A HOT BATH

(8). MOVING ABOUT FORM ONE AREA TO THE NEXT IN WHICH HE IS RESTRICTED TO
ONE LOCATION WITHOUT MOVEMENT

(9). GETTING A HAIR CUT THE WAY HE LIKES IT

(10). KISSING AND EMBARASING LOVE ONES DURING VISITS

(11). TAKING PICTURES

(12). CONTACTING OR HAVING RELATIONS WITH THE OPPOSITE SEX

(13). SMOKING AND DRINKING ALCHOL BEVARAGES

(14). TRAVELING IN WHICH TO ASSEMBLE PEACEABLY AND ASSOCIATE, EXERCISE AND
PRACTICE RELIGION IN HIS COMMUNITY

15). SEARCHING FOR A MINIMUM WAGE JOB FOR SUPPORT

16). LEFT WITH NO OPTION BUT TO ACCEPT AN 18¢ HOUR JOB

17). PREVENTED FROM ORDERING AND RECIEVING NUDE MAGAZINES

8). FROM SPEAKING ABUSIVE OR OBSENE LANGUAGE

(19). FORCED WITHOUT CHOICE AND MADE TO STRIP NAKED AFTER COMMING AND GOING
TO COURT AND AFTER EACH VISIT IN WHICH PLAINTIFF IS MADE TO SPREAD
HIS BUTTOCKS SHOWING HIS ANUS

(20). WEAR SKIPPY SHOES WHICH HAS NO SUPPORTING INSOLE WHICH HURTS HIS FEET
WHEN WALKING

(21). ONLY CAN WASH HIS CLOTHES AND CHANGE HIS LINEN ONCE A WEEK

(22). ONLY ALLOWED TO VISIT WITH IMMEDIATE FAMILY MENBERS AND PROHIBITED
FROM VISITING OTHER RELATIVES FRIENDS AND ASSOCIATES

(23). HIS PHONE CALLS IS MONITORED AND HIS MAIL IS OPENED AND READ BY THE
GUARDS

(24). FORCED TO SLEEP ON A 1 INCH MATTRESS WHICH CAUSES EXTREME BACK PAIN
WHICH PREVENTS HIM FROM GETTING A GOOD NIGHT SLEEP

(25). PREVENTED FROM SANITIZING HIS HANDS IN HOT WATER BECAUSE THE HOT
WATER IS SHUT OFF THROUGHOUT THE DAY AND TOLD THAT SUCH REASON IS TO
RESERVE ENERGY

(26). FORCED TO EAT THE SAME SERVING OF BREAKFAST EVERY MORNING WHICH NEVER
CHANGES OR ROTATES

(27). PREVENTED FROM PARTICIPATING IN ANY SPORTING OR EXERCISING ACTIVITIES
IN WHICH HIS HEALTH IS SLOWLY DETERIATING

(28). UNABLE TO WATCH TV UNLESS PLANTIFF CAN GET MONEY TO PURCHASE A $70
MP3 PLAYER IN WHICH TO TUNE IN AND TO LISTEN TO SUCH

(29). DENIED FROM PERSUING OR ENTERING INTO BUSINESS OR COMMERCIAL
CONTRACTS WHICH HE COULD HAVE POSSIBLY MAY HAVE MADE MILLIONS OF
DOLLARS

(30). DENIED TO PROCREATE IN WHICH TO CREATE A FAMILY; AND

(31). IF PLAINTIFF REFUSES TO LIVE UNDER SUCH CONDITIONS HE IS THEN PLACED
IN SOLITARY SERVITUDE IN WHICH TO BE PUNISHED TO SUFFER EVEN MORE
HARSHER, SEVER AND OPPRESSIVE CONDITIONS BY BEING;

(32). SEPARATED FROM CONTACTING OR ASSOCIATING WITH OTHERS IN A CELL FOR
23 HOURS A DAY, EVERY DAY WITH NO DESK IN WHICH TO SIT, EAT OR WRITE
A LETTER

33). GIVEN A TOOTHBRUSH TO BRUSH HIS TEETH THE SIZE OF A THUMB AND
PREVENTED FROM

34). WATCHING TELEVISION, RADIO, MAGAZINES, NEWSPAPERS OR ANY FORM OF
ENTERTAINMENT

35). MAKING PHONE CALLS IN WHICH TO CONTACT FAMILY

36). OR FROM HAVING CONTACT VISITS

(37). FORCED TO SIT ON A COLD STAINLESS STEEL TOILET IN WHICH TO DEFACATE

(38) PHYSICALLY RESTRAINED AND PLACED IN HANDCUFFS BY FUARDS OR EMPLOYEES
IN WHICH TO BE EXCORTED TO AND FROM WHATEVER DESTINATION WHENEVER
LEAVING THE CELL

CIVIL RIGHTS VIOLATIONS
[ CIVIL ACTION ]

BREACH OF OATH OF OFFICE
ARTICLE VI

COURT OFFICIALS ACTED IN VIOLATION &
IN CONTEMPT OF THE CONSTITUTION BY
HAVING NO AUTHORITY OR :POWER BY THE
COURT TO ACT AGAINST Beneficiary SECURED
& PROTECTED RIGHTS BY THE CONSTITUTION

AMENDMENT 1

DEPRIVATION OF PLAINTIFF RIGHT TO
ASSEMBLE PEACEABLY,ETC

AMENDMENT 4

FALSE ARREST & IMPRISONMENT

AMENDMENT 5

DENIAL OF DUE PROCESS/VOID INDICTMENT

AMENDMENT 6

DENIED THE RIGHT OF BEING INFORMED OR
TO NOTICE OF THE NATURE OF THE CHARGE
AND TO DEFEND SUCH

AMENDMENT 8

PUNISHED TO IMPRISONMENT TO LIVE IN
UNCONSTITUTIONAL CONDITIONS FOR AN
IMMORAL PURPOSE AND FOR A CRIME
COMMITTED OTHER THAN CONTEMPT

AMENDMENT 9

DEPRIVATION OF UNALIENABLE RIGHTS

AMENDMENT 10

USING THE POWERS OF GOVERNMENT TO
EXERCISE RIGHTS OVER PLAINTIFF WITHOUT
HIS CONSENT

AMENDMENT 11

USURPING JUDICIAL POWER UNDER THE
ILLUSION OF DUE PROCESS IN WHICH TO
GIVE JUDGMENT AS BETWEEN RIGHTS OF
THE PARTIES OR Beneficiary

AMENDMENT 13

DEPRIVATION OF RIGHT TO BE FREE FROM
SLAVERY AND INVOLUNTARY SERVITUDE

AMENDMENT 14

DEPRIVATION OF CONSTITUTIONAL RIGHTS
EQUALLY SHARED, PROTECTED AND ENJOYED
JUST AS WHITE CITIZENS AND THE PUBLIC

42 U.S.C. 2000a
42 U.S.C. 2000a-1
42 U.S.C. 2000a-2

DISCRIMINATED AND SEGRAGATED FROM
PUBLIC ACCOMODATIONS, THE RIGHT TO
TRAVEL AND PUNISHED FOR EXERCISING
SUCH RIGHT BY ASSERTING AND BEING
DENIED BY MOTIONS TO DISMISS FOR A
CRIME THE COURT HAD NO STATUTORY POWER
TO ENFORCE

CRIMINAL VIOLATIONS
[ INDICTMENT ]

POWER OF COURT
18 U.S.C. 401

COURT OFFICIALS IN CONTEMPT AS OBSTRUCT-
ING & CONSPIRING TO OBSTRUCT THE ADMINI-
STRATION OF JUSTICE WITHIN THE PRESENCE
OF THE COURT BY ACTING AGAINST PLAINTIFF
FOR A CRIME THE COURT HAD NO POWER TO
ENFORCE

SOLICITATION TO COMMITT
A CRIME OF VIOLENCE
18 U.S.C. 373

COURT OFFICIALS ISSUED ORDERS TO ARREST
PLAINTIFF BY VIOLENT PHYSICAL FORCE IN
WHICH TO BE BROUGHT TO THE COURT
REPEATEDLY UNDER VOID PROCESS

CONSPIRACY TO COMMITT
OFFENSE AGAINST THE
UNITED STATES
18 U.S.C. 371

COURT OFFICIALS & PRIVATE PARTIES ACTED
IN CONCERT UNDER ONE COMMON INSTREST
CONSPIRED AND COMMITTED SEVERAL CONSTIT-
UTIONAL & STATUTORY VIOLATIONS IN CONTE-
MPT BY WAY OF CHARGING,  ARRESTING &
IMPRISONING PLAINTIFF WITHOUT POWER OR
AUTHORITY OF THE COURT

INTERFERENCE WITH COMMERCE
BY THREATS OR VIOLENCE
18 U.S.C. 1951

ARRESTED WITHOUT PROBABLE CAUSE AND
TAKEN BY VIOLENT PHYSICAL FORCE
WHICH STOP PLAINTIFF EMPLOYMENT

IMPORTATION OF ALIEN FOR
IMMORAL PURPOSE
18 U.S.C. 1328

IMPRISONED FOR PURPOSES IN WHICH TO BE
EXTORTED BY FRAUD IN AN ACTION OF DECIET
WITHOUT DISCLOSURE OF THE RELEIF SOUGHT
BY THE GOVERNMENT BUT IMPRISONED IN THE
ALTERNATIVE FOR MEANS OF COLLECTION OF
SUCH CONCEALED MATTER

TERRORISM
18 U.S.C. 2331
KIDNAPPING
18 U.S.C. 1201
INTERSTATE & FORIEGN TRAVEL
OR TRANSPORTATION IN AID OF
RACKETEERING ENTERPRISES
18 U.S.C. 1952

TAKEN BY VIOLENT PHYSICAL FORCE FROM
PLAINTIFF PLACE OF RESIDENCE WITHOUT
AUTHORITY OR PROBABLE CAUSE AND IMPRIS-
ONED FOR PURPOSES IN WHICH TO BE HELD
FOR COURT OFFICIALS TO COLLECT UNDISCLO-
SED AND CONCEALED DEBT BY VOID PROCESS

RACKETEERING INFLUENCED AND
CORRUPT ORGANIZATIONS
18 U.S.C. 1962

COURT OFFICIALS & PRIVATE PARTIES ACTED
IN CONCERT UNDER ONE COMMON INTEREST TO
CONSPIRE TO DEPRIVE PLAINTIFF OF CONTIN-
ED EMPLOYMENT FOR PURPOSES IN WHICH TO
KEEP HIM IMPRISONED FOR THE COLLECTION
AND SALE OF HIS DEBT BY WAY OF THE
VIOLATION OF THE OFFENSE

FRAUD
18 U.S.C. 1028

COURT OFFICIALS & PRIVATE PARTIES ACTED
IN CONCERT CONSPIRING UNDER ONE COMMON
INTEREST AND ISSUED UNAUTHORIZED
FRAUDULENT INDICTMENT(S) AND ORDERS
CHARGING, ARRESTING & IMPRISONING
PLAINTIFF FOR A CAUSE AND OFFENSE IN
WHICH THE COURT HAD NO POWER OR
AUTHORITY TO ENFORCE

VESSELS FOR SLAVE TRADE
18 U.S.C. 1582
INTICEMENT INTO SLAVERY
18 U.S.C. 1583
SEISURE, DETENTION,
TRANSPORTATION OR SALE
OF SLAVES
18 U.S.C. 1585
SALE INTO INVOLUNTARY SERVITUDE
18 U.S.C. 1584
TRAFFICKING WITH RESPECT TO
PEONAGE, SLAVERY, INVOLUNTARY
SERVITUDE OR FORCED LABOR
18 U.S.C. 1590

TAKEN BY VIOLENT PHYSICAL FORCE AND
PLACED IN SERVITUDE IN WHICH TO BE
HELD IN CONDITIONS OF SLAVERY FOR
PURPOSES TO BE EXTORTED BY FRAUD IN
AN ACTION OF DECEIT IN WHICH TO
RECIEVE IMPRISONMENT FOR THE
GOVERNMENT PURPOSE TO COLLECT AN
UNLAWFUL DEBT WHICH THE COURT HAS
NO POWER OR AUTHORITY TO ENFORCE

18 U.S.C. 241
18 U.S.C. 242

DEPRIVATION OF CIVIL RIGHTS UNDER ONE
COMMON INTEREST BY OFFICIALS AND
PRIVATE  PARTIES ACTING UNDER COLOR
OF LAW OUTSIDE THE SCOPE & LIMITS OF
THEIR DUTIES BY WAY OF UNAUTHORIZED
STATUTORY POWER OR AUTHORITY OF THE
COURT

TRAFFICKING VICTIMS
PROTECTION ACT OF 2000
(1)(5)(8)(10)(12)(22)

PLAINTIFF TAKEN BY VIOLENT PHYSICAL
FORCE FROM HIS PLACE OF RESIDENCE
WITHOUT AUTHORITY OR PROBABLE CAUSE

WHEREFORE, PLAINTIFF prays for relief and  seeks JUDGMENT to
be AWARDED the following;

1.That the COURT enter JUDGMENT declaring the acts of
DEFENDANT MURIEL BOWSER violated the RIGHTS  of PLAINTIFF
under the 1th, XIVth, IXth, XIIIth, AMENDMENTS and ARTICLE I
section 10, ARTICLE VI clause 2, ARTICLE VI clause 3, and
ARTICLE IV section 2 ALL of the UNITED STATES CONSTITUTION

2.That the COURT enter JUDGMENT declaring the acts of
DEFENDANTS ELBERT GRIFFIN and DOUGLAS CARLSON violated
PLAINTIFF'S 1st, 4th, IXth, XIIIth, XIVth, AMENDMENT RIGHTS,
and ARTICLE I section 10, ARTICLE VI clause 2, ARTICLE VI
clause 3, ARTICLE IV section 2 ALL of the UNITED STATES
CONSTITUTION.

3.) That the COURT enter JUDGMENT DECLARING
the acts of DEFENDANT JODI LAZARUS and JAMES WHITEHEAD
violated PLAINTIFFS 1st, 4th, XIVth, IXth, XIIIth, AMENDMENT
RIGHTS and ARTICLE I section 10, ARTICLE VI section 2, ARTICLE
VI section 3, ARTICLE IV section 2 of the U.S. CONSTITUTION
and 18 U.S.C.S. 241 18 U.S.C.S. 242 and the TRAFFICKING
VICTIMS PROTECTION ACT OF 2000(1)(5)(8)(10)(12)(22).

4.)That the COURT enter JUDGMENT declaring
the acts of DEFENDANTS JAMES RAMSEY JOHNSON,
and JENNIFER ANDERSON violated PLAINTIFFS RIGHTS under the
1st, 4th, 5th, 9th, 10th, 8th, 13th, 14th, AMENDMENT RIGHTS

and ARTICLE I section 10, ARTICLE VI clause 2, ARTICLE VI clause 3, ARTICLE IV section I ALL of the U.S. CONSTITUTION and the TRAFFICKING VICTIMS PROTECTION ACT of 2000 (1)(5)(8)(10)(12)(22).

5.)[COMPENSATORY DAMAGES] from all DEFENDANTS INDIVIDUALY, SEVERALLY and JOINTLY with their agency in the amount of ONEHUNDRED  MILLION U.S.D. DOLLARS $100,000,000.00 each for the physical and emotional injuries PLAINTIFF sustained by all DEFENDANTS for acting in CONSERT without proper legal education and training.

4.[PUNITIVE DAMAGES] from all DEFENDANTS INDIVIDUALY, SEVERALLY and JOINTLY with their agency in the amount of TWENTY MILLION U.S.D DOLLARS $20,000,000.00 each DEFENDANT to punish all DEFENDANTS for their conduct to violate  PIAINITFFS CONSTITUTIONAL RIGHTS and their brecah of oath and duty in bad faith.

GRAND TOTAL OF SEVENHUNDRED and TWENTY MILLION DOLLARS $720,000,000.00 U.S.D.

TO BE AWARDED FOR ALL DAMAGES BY ALL DEFENDANTS and their AGENCY CORPORATION.

PRoof of Service

Certify under 28 U.S.C. 1746 that the foregoing is true and correct by my Signatur below

/S/ PRINCE JONES       DATE September 27 2020