UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

RECEIVED Mail Room DEC - 1 2020 Angela D. Caesar, Clerk of Court U.S. District Court, District of Columbia

PRINCE JONES,
    Plaintiff,

V.

    Civil Action No: 1:20-CV-02797
    Judge DABNEY L. FRIEDRICH

DISTRICT OF COLUMBIA et al
    Defendants.

## MOTION TO REINSTATE CIVIL ACTION

Now Comes Plaintiff requesting this Court to reinstate Civil Action No: 1:20-CV-02797 which it granted leave to proceed in forma pauperis and then Dismissed for the reasons stated in opinion issued in Jones V. Boweser et al No. 16-CV-02261 (UNA), on October 30, 2020.

Plaintiff respectfully directes this Court to the District of Columbia Court of appeals Case United States V. PRINCE JONES case No. 15-CF-322-2017 where the D.C. Court of appeals Reversal and vacted sentence and conviction. Plaintiff bring forth evidence which demonstrate that his conviction and sentence has been reversed.

1

Plaintiff provided this new evidence of the reversal of Conviction within the Statement of Claim of Plaintiffs Complaint.

Wherefore Plaintiff respectfully request this Court to reinstate this Civil Action or show Cause why Plaintff case must not proceed after Plaintff has Demonstrated to the Court that his conviction has in fact been Reversed before the filing of this Action.

By

PRINCE JONES
32455-007

2

## PROOF OF SERVICE

I certify that on November 21, 2020 a postage-pre-paid copy of this Motion was mailed to the Clerk of Court for the District Court for D.C. At 333 Constitution Ave N.W 20001.

By
Prince Jones
32455-007
Coleman-1 USP
P.O. Box 1033
Coleman, FL 33521

3