UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

PRINCE JONES
    Plaintiff      Civil Action No. 1:20-cv-02797
V.      Judge Dabney L. Friedrich
MURIEL BOWSER, et al.;

MOTION TO ALTER, AMEND OR SET ASIDE
JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e)

Now comes Plaintiff requesting this court to Alter, Amend or Set Aside its October 30, 2020 order dismissing plaintiff Complaint. Plaintiff was granted in forma Pauperis to proceed in this action. Plaintiff brings forth evidence that prove that his conviction has been reversed on direct appeal. SEE JONES, V. United States 168 A. 3d 703 2017. Plaintiff Demonstrated this Fact within the Statement of Claim of his Complaint. Where Plaintiff has met those requirements which this court rest its DISMISSAL ORDER on. Plaintiff met those requirements before the Filing of this Action. Pursuant to Federal R. Civil. P. 59 Plaintiff respectfully request that his action be reinstated, and that the Court Alter, Amend or Set aside its Judgment For the reasons set forth, and allow Plaintiff Action to proceed.

BY PRINCE JONES
32455-007



1 of 2

PROOF OF SERVICE

I certify under 28 U.S.C. 1746 That a copy of this Motion was postage-pre-paid mailed out on November 24, 2020 to the U.S District Court for D.C. Clerk office civil Division at 333 Constitution Ave N.W. 20001.

BY
PRINCE JONES
32455-007
USP Coleman-1
P.O. BOX 1033
Coleman, FL 33521

PRINCE JONES #32455-007
Federal Correction Complex
USP Coleman-1
P.O. Box 1033
Coleman, FL 33521

legal - Mail

TAMPA FL 335
SAINT PETERSBURG FL
DEC 2020 PM 4 L

TO: THE CLERK Office FOR THE
U.S. DISTRICT AND BANKRUPTCY
COURT For the District of Columbia
333 Constitutional Ave N.W
Washington D.C. 20001

20001-289999

F.C.C. COLEMAN
MAIL ROOM
846 N.E. 54TH TERR
COLEMAN, FLORIDA
33521

THE ENCLOSED LETTER WAS
PROCESSED THROUGH SPECIAL
MAILING. THE LETTER HAS BEEN
NEITHER OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION
OR A PROBLEM OVER WHICH THIS
FACILITY HAS JURISDICTION, YOU
MAY WISH TO RETURN THE MAIL
FOR FURTHER INFORMATION OR
CLARIFICATION. IF THE WRITER
ENCLOSED CORRESPONDENCE
FOR FORWARDING TO ANOTHER
ADDRESSEE, PLEASE RETURN THE
ENCLOSURE TO THE ABOVE
ADDRESSEE.

_____    _____
DATE              MAIL ROOM STAFF



RECEIVED
DEC 02 2020
BY: