UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PRINCE JONES, Plaintiff          Case No. 20-2797

V.

DISTRICT OF COLUMBIA et al
                    Defendants

## NOTICE OF APPEAL

Notice is hereby given that Prince Jones Plaintiff, in the above-entitled matter, appeals to the United States Court of Appeals for the District of Columbia from the Final Judgment entered in this action on December 11, 2020 and on December 16, 2020

BY
PRINCE JONES
32455-007
December 21, 2020



PROOF OF SERVICE

I certify that this Notice of appeal was postage pre paid mailed to the Clerk of Court for D.C. District Court on December 21, 2020.

BY
PRINCE JONES
32455-007